IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHAPTER 13

KEVIN L BALL; AKA KEVIN BALL; AKA
KEVIN LEIGH BALL
MINDY SUE BALL; AKA MINDY BALL;
AKA MINDY S BALL; FKA MINDY SUE
SCHULER,

CASE NO. 5:23-bk-01281-MJC

Debtors

## APPLICANT'S MOTION FOR ADDITIONAL HEARING

1. In the Order on Applicant's fee application, Doc. 63, the Court indicated that Applicant may request another hearing by filing a motion.

2. Applicant respectfully requests such a hearing.

3. If the Court allows such a hearing, Applicant respectfully suggests that the hearing should not be scheduled until *In re Decantis*, 3:25-cv-01927-KM, becomes final as to appeal. As the Court noted in footnote 3 of the Order, "During the February 11 Hearing, Mr. Sabatini rested on his arguments he submitted in *In re Decantis*. . . ." Thus, guidance from the appellate courts in that matter might be relevant to any decision that the Court makes here at a subsequent hearing.

WHEREFORE, Applicant respectfully requests that the Court schedule an additional hearing upon the filing of a status report advising of the finality of the appeal in *In re Decantis*, 3:25-cv-01927-KM.

Date: July 29, 2026

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com