IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KEVIN L BALL; AKA KEVIN BALL; AKA
KEVIN LEIGH BALL
MINDY SUE BALL; AKA MINDY BALL;
AKA MINDY S BALL; FKA MINDY SUE
SCHULER,

Debtors

CHAPTER 13

CASE NO. 5:23-bk-01281-MJC

Applicant's Motion for Additional Hearing

## **ORDER**

Upon consideration of *Applicant's Motion for Additional Hearing*, Doc. 64, it is hereby

ordered that the Motion is granted. Within 7 days of *In re Decantis*, 3:25-cv-01927-KM

becoming final as to appeal, Applicant shall file a status report, whereupon this Court may

schedule a further hearing.