IN RE:

KEVIN L BALL; AKA KEVIN BALL; AKA
KEVIN LEIGH BALL
MINDY SUE BALL; AKA MINDY BALL; AKA
MINDY S BALL; FKA MINDY SUE SCHULER,

Debtors

CHAPTER 13

CASE NO. 5:23-bk-01281-MJC

## SUPPLEMENTAL DISCLOSURE PURSUANT TO 2016(b)

Claims that are not property of the bankruptcy estate[1] have been liquidated for a gross recovery of $16,806.84. Kevin Ball received a net of $8,139.58. The remainder was retained by Sabatini Law Firm, LLC for fees and costs. The compensation was not in connection with the instant bankruptcy case. However, because Plaintiff's attorney in the civil actions is also his bankruptcy attorney here, this disclosure is being filed out of an abundance of caution to ensure compliance with Bankruptcy Rule 2016(b).

Date:  August 3, 2026

/s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831

---

[1] The claims are those listed at: (a) Doc. 43, which vested in Debtors upon the entry of the order granting the Motion to Modify Plan (Docs. 51, 52), and (b) Doc. 53, which was ordered abandoned (Docs. 55, 56).