**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| KEVIN L BALL; AKA KEVIN BALL; | : | CHAPTER 13 |
| AKA KEVIN LEIGH BALL | : | |
| MINDY SUE BALL; AKA MINDY BALL; | : | CASE NO. 5:23-bk-01281-MJC |
| AKA MINDY S BALL; | : | |
| FKA MINDY SUE SCHULER; | : | Applicant's Motion for Additional Hearing |
| Debtors | : | |

**ORDER**

Upon consideration of *Applicant's Motion for Additional Hearing,* Doc. 64 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED**. A hearing on the Motion is hereby scheduled for **Thursday, September 3, 2026 at 2:00 p.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Max Rosenn  U.S. Courthouse, Courtroom 2, 197 S. Main Street, Wilkes-Barre, PA 18701.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 3, 2026