# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### WILKES-BARRE DIVISON

| | |
|---|---|
| In re<br>Kevin L Ball and<br>Mindy Sue Ball,<br><br><br>Debtor(s) | )  Chapter 13<br>)<br>)  Case Number. 5:23-bk-1281<br>)<br>)  Judge Honorable Mark J Conway<br>) |

## REQUEST OF ATLAS ACQUISITIONS
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, on behalf of  Leafy Financial, LLC a

creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the

Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and

1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the

Bankruptcy Code), that all notices given or required to be given and all papers served or

required to be served in this case be also given to and served, whether electronically or

otherwise, on:

    Atlas Acquisitions LLC
    492C Cedar Lane, Ste 442
    Teaneck, NJ 07666
    Attn: Avi Schild
    Telephone: (888) 762-9889
    Facsimile: (201) 546-9377
    E-mail: bk@atlasacq.com

Dated: 08/05/2026

    By: /s/ Avi Schild
    Avi Schild
    c/o Atlas Acquisitions LLC
    President
    492C Cedar Lane, Ste 442
    Teaneck, NJ 07666
    (888) 762-9889
    bk@atlasacq.com

Assignee Creditor: Uown Leasing [Last four digits of account: 2594]