**In RE:**

  KEVIN L BALL

  MINDY SUE BALL

  **Debtor(s)**

**Chapter:** 13

**Claim Number:** 4

**Case Number:** 23-01281

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Sprint Corp.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only        ☑ Payment only        ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Sprint Corp. by American InfoSource as agent

PO Box 4457

Houston, TX 77210-4457

TO:

Sprint Corp. by American InfoSource as agent

PO Box 661380

Dallas,TX 75266-1380

Date:  08/13/2026

/s/ Henry Makwana

Creditor's Authorized Agent for Sprint Corp.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF Pennsylvania**

**In RE:**

            **Chapter:**  13

   KEVIN L BALL
   MINDY SUE BALL

            **Case Number:** 23-01281

**Debtor(s)**

## Certificate of Service

I certify that on 08/13/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
CARLO SABATINI
USBKCT@BANKRUPTCYPA.COM

Trustee
JACK N ZAHAROPOULOS
info@pamd13trustee.com

/s/ Henry Makwana
_____

Henry Makwana
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com