# Exhibit B

# EXHIBIT "B"

# Law Office of Lisa A. Rynard
## Timekeepers Time Report (Details)
**March 01, 2025 - February 03, 2026**

### Lisa A. Rynard

| ID | Date | Client | Matter | Task | Billable | Status | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7030 | March 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review & Prepare - Pay Vouchers (Missing vouchers) | Y | Billed | 0.10 | 135.00 | 13.50 |
| 7024 | March 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Order & Download - Credit Report | Y | Billed | 0.10 | 135.00 | 13.50 |
| 7027 | March 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Initial Draft - Chapter 13 Petition, Schedules & Statements | Y | Billed | 0.40 | 135.00 | 54.00 |
| 7028 | March 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Bank Statements for misc. income & payment; Calculate gambling wins vs. losses; Draft list of unknown deposits | Y | Billed | 0.90 | 135.00 | 121.50 |
| 7029 | March 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Client documents (Tax Returns, W-2s, Foreclosure documents); Update Schedules & Statements | Y | Billed | 0.30 | 135.00 | 40.50 |
| 7044 | March 12, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email to Client & Responses - re: Pay Vouchers; Upcoming signing; Anticipated filing date & foreclosure diversion hearing | Y | Billed | 0.20 | 135.00 | 27.00 |
| 7047 | March 13, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Petition, Schedules & Statements in preparation for signing | Y | Billed | 0.40 | 275.00 | 110.00 |
| 7045 | March 13, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review & Prepare - Additional Pay Vouchers | Y | Billed | 0.10 | 135.00 | 13.50 |
| 7048 | March 13, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Rights & Responsibilities Agreement | Y | Billed | 0.10 | 135.00 | 13.50 |
| 7046 | March 13, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Means Test; Schedule I Income | Y | Billed | 0.30 | 275.00 | 82.50 |
| 7049 | March 13, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Chapter 13 Plan | Y | Billed | 0.20 | 275.00 | 55.00 |
| 7057 | March 16, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Comparable Market Analysis & 401(k) Statement ; Update Schedules A/B | Y | Billed | 0.10 | 275.00 | 27.50 |
| 7058 | March 17, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Meet with Client - Review & sign Chapter 13 Petition, Schedules, Statements, Plan & Rights & Responsibilities Agreement | Y | Billed | 1.20 | 275.00 | 330.00 |
| 7123 | March 24, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email to Client & Response - re: Bank Balance | Y | Billed | 0.10 | 135.00 | 13.50 |
| 7122 | March 24, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Edit - Schedules, Statements & Chapter 13 Plan per signing notes | Y | Billed | 0.50 | 135.00 | 67.50 |
| 7125 | March 25, | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - Chapter 13 Petition, Statement of | Y | Unbilled | 0.20 | 275.00 | 55.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | | | Social Security Number, Chapter 13 Plan, Mailing Matrix, & Certification of Rights & Responsibilities | | | | | |
| 7169 | March 27, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Ltr to Client - re: 341 Meeting Notice & instructions | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7377 | April 22, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from K. Bowers & Response - re: Request for 341 Meeting documents; Upload to Trustee Portal | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7460 | May 02, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call to Client - re: Discuss upcoming 341 Meeting; Email Trustee Meeting Link | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7469 | May 04, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review & Prepare - Upcoming 341 Meeting | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 7471 | May 05, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call to Client - re: Follow up on 341 Meeting; Next steps | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 7470 | May 05, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Attend - 341 Meeting | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 7481 | May 06, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Pre-Confirmation Certification; Letter to Client | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7522 | May 12, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - Pre-Confirmation Certificate | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 7657 | June 02, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Mortgage Proof of Claim & Attachments | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 7684 | June 04, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Client - re: POC review (PHH Mortgage); Force placed insurance | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7683 | June 04, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Claims/Register with Schedules; Awaiting IRS claim | Y | Unbilled | 0.30 | 275.00 | 82.50 |
| 7709 | June 10, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from L. Fitzgerald & Responses - re: Upcoming Confirmation Hearing; Request to continue 30 days; Reach out to IRS to get claim filed | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 7735 | June 12, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Trustee's Motion to Dismiss & Payment History; Letter to Client | Y | Unbilled | 0.30 | 135.00 | 40.50 |
| 7763 | June 17, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Stipulation to Cure Trustee's Motion to Dismiss; Letter to Client | Y | Unbilled | 0.30 | 135.00 | 40.50 |
| 7755 | June 17, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call from Client - re: Trustee's Motion to Dismiss; Discuss options to cure; Estimated weekly wage garnishment; Recent Confirmation Hearing & IRS claim; Replacement of force placed insurance with own policy | Y | Unbilled | 0.20 | 275.00 | 55.00 |

# Law Office of Lisa A. Rynard
## Timekeepers Time Report (Details)
### March 01, 2025 - February 03, 2026

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7820 | June 25, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Calls to IRS - re: Left message for J. Lindinger requesting Proof of Claim be filed | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7846 | June 28, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - POC #10 (Internal Revenue Service); Draft: 1st Amended Chapter 13 Plan | Y | Unbilled | 0.30 | 275.00 | 82.50 |
| 7848 | June 28, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Client - re: 1st Amended Chapter 13 Plan | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7849 | June 28, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Client - re: Motion for Wage Attachment | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7847 | June 28, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Motion for Wage Attachment | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7916 | July 10, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Employer - re: Motion to Attach Wages & Order | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7915 | July 10, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Client - re: Motion to Dismiss Stipulation & Order | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 7911 | July 10, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Notice & Certificate of Service - 1st Amended Chapter 13 Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 7912 | July 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - 1st Amended Chapter 13 Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8023 | July 17, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call from Client - re: Wage attachment has begun; Need to only pay partial July Trustee payment on own; Receipt of garnishment letter from Keystone Collections for 2022 school tax; Advised Client to contact Keystone to set up payment plan vs. amending Chapter 13 Plan | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8047 | July 21, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call from Client - re: Client has not been successful contacting Keystone to set up a payment plan; Requested copy of Tax Notice to add to Schedule E/Amended Plan | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 8057 | July 22, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Meet with Client - Review/sign Amended Schedule E; Discuss process to amend Plan/Wage Attachment | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8049 | July 22, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call to Client - re: Amended Schedule E; Timeframe for notification to Keystone; Likelihood that Keystone will still garnish this coming pay; Refund of garnishment; Calculate amount Client should sent to Trustee for July payment (less wage attachment payments) | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8048 | July 22, | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Amended Schedule E | Y | Unbilled | 0.10 | 135.00 | 13.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2025 | | | | | | | | |
| 8064 | July 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - Amended Schedule F | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8065 | July 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Keystone Collections - re: Amended Schedule F; Notice of Chapter 13 Filing; Request to terminate garnishment & file POC | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8190 | August 07, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Trustee's Notice of Default & Payment History; Balance of $366.16 due for July; Email to Client re: Notice of Default & Payment History, Payment due | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8224 | August 18, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Trustee Payment History; Notice of Default resolved by payment | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8215 | August 18, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from L. Fitzgerald & Response - re: Upcoming Confirmation Hearing; OneMain service; Keystone garnishment; Request to continue after Gov't CBD | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 8413 | September 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call to Client - re: Keystone Collection claim; No garnishments were ever imposed | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 8414 | September 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Client - re: 2nd Amended Plan & Amended Wage Attachment | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 8412 | September 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - 2nd Amended Plan (Add Keystone Collections); Amended Wage Attachment | Y | Unbilled | 0.40 | 275.00 | 110.00 |
| 8534 | September 19, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Notice & Certificate of Service - 2nd Amended Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8533 | September 19, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - Amended Motion to Attach Wages | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8535 | September 20, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - 2nd Amended Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8538 | September 20, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft & ECF - Certificate of Service - 2nd Amended Plan & Notice (OneMain Financial) | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8555 | September 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Employer - Order Amended Wage Attachment | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 8676 | October 08, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from M. Woods & Response - re: Request for MFR consent; Declined | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 8709 | October 13, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Motion for Relief (US Bank) & Payment History; Letter to Client | Y | Unbilled | 0.30 | 135.00 | 40.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8749 | October 17, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call from Client - re: Receipt of Motion for Relief; Discuss filing Answer & options to cure/future default; Client elects to amend Plan to cure | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8769 | October 21, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Answer to Motion for Relief (US Bank) | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 8770 | October 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - Motion for Relief & Payment History; Edit Answer (US Bank) | Y | Unbilled | 0.30 | 275.00 | 82.50 |
| 8771 | October 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - Answer to Motion for Relief (US Bank) | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8810 | October 28, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from C. Emanuel & Response - re: Receipt of Answer; Options to cure arrears; Amended Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8825 | October 29, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from C. Emanuel - re: Forthcoming Stipulaiton; Removal of Hearing | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8830 | October 31, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft & ECF - Request for Compensation | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8831 | October 31, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from L. Fitzgerald & Response - re: Upcoming Confirmation Hearing; Review file & IRS circumstances; Ready for Confirmation | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8837 | November 04, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from L. Fitzgerald & Response - re: OneMain service | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 8851 | November 04, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from A. McHale & Responses - re: Confirmation Hearing & IRS claim | Y | Unbilled | 0.10 | 275.00 | 27.50 |
| 8852 | November 06, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Attend Hearing - Confirmation (2nd Amended Plan); Continued pending resolution of Motion for Relief | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8853 | November 09, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review - MFR Stipulation (US Bank); Highlight pertinent terms; Email to Client; Request autorization to sign; Amended Plan payment | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8854 | November 09, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - 3rd Amended Plan to resolve MFR; Updated Wage Attachment | Y | Unbilled | 0.40 | 275.00 | 110.00 |
| 8871 | November 10, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Phone Call from Client - re: Review of Stipulation; Authorize to sign; 3rd Amended Plan payment & updated wage attachment | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 8889 | November 12, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Client - re: 3rd Amended Plan & Wage Attachment | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 8888 | November | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from C. Emanuel & Response - re: | Y | Unbilled | 0.10 | 135.00 | 13.50 |

# Law Office of Lisa A. Rynard
## Timekeepers Time Report (Details)
**March 01, 2025 - February 03, 2026**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12, 2025 | | | Signed MFR Stipulation | | | | | |
| 9014 | November 29, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - Notice & Certificate of Service - 3rd Amended Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 9016 | December 01, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - Motion to Attach Wages | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 9015 | December 01, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | ECF - 3rd Amended Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 9060 | December 03, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Employer - Order 2nd Amended Wage Attachment | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 9198 | January 02, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email from L. Fitzgerald & Response - re: Upcoming Confirmation Hearing; Review recent Objection (JNZ); Update & ECF RCE; Ready for Confirmation; Plan & Notice was served on OneMain under FRBP 7004 - see Docket #44. | Y | Unbilled | 0.20 | 275.00 | 55.00 |
| 9284 | January 12, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Letter to Client - re: Order Confirming 3rd Amended Plan | Y | Unbilled | 0.20 | 135.00 | 27.00 |
| 9285 | January 13, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft & ECF - Certificate of Service - Order Confirming 3rd Amended Plan | Y | Unbilled | 0.10 | 135.00 | 13.50 |
| 9433 | January 31, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Draft - 1st Interim Fee Application | Y | Unbilled | 0.40 | 135.00 | 54.00 |
| 9434 | January 31, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Review/Edit - 1st Interim Fee Application | Y | Unbilled | 0.40 | 275.00 | 110.00 |
| 9435 | February 01, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Email to Client & Response - re: Consent to Fees | Y | Unbilled | 0.10 | 135.00 | 13.50 |

### Summary for Lisa A. Rynard

| Label | Value |
|---|---|
| Total Hold Hours | 0.00 |
| Total Unbilled Hours (Billable) | 12.70 |
| Total Unbilled Hours (Non Billable) | 0.00 |
| Total Unbilled Hours (No Charge) | 0.00 |
| Total Billed Hours | 5.00 |
| Total Hold Amount | 0.00 |
| Total Unbilled Amount (Billable) | 2,540.50 ✓ |

# Law Office of Lisa A. Rynard
## Timekeepers Time Report (Details)
### March 01, 2025 - February 03, 2026

| | |
|---|---|
| Total Unbilled Amount (Non Billable) | 0.00 |
| Total Billed Amount | 983.00 ✓ |
| Total Paid Amount | 0.00 |

$3523.50
231.41
$3754.91
(1000.00)
$2754.91

# Law Office of Lisa A. Rynard
## TimeKeeper's Expense Report
**March 01, 2025 - February 03, 2026**

### Lisa A. Rynard

| Date | Client | Matter | Expense | Billable | Qty | Price | Amount | Status |
|---|---|---|---|---|---|---|---|---|
| March 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Credit Report | Y | 1 | $45.00 | 45.00 | Billed |
| March 25, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Filing Fee | Y | 1 | $313.00 | 313.00 | Billed |
| March 25, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 1 | $8.35 | 8.35 | Unbilled |
| June 17, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 2 | $0.73 | 1.46 | Unbilled |
| June 28, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 2 | $0.73 | 1.46 | Unbilled |
| June 28, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 3 | $0.73 | 2.19 | Unbilled |
| July 10, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 2 | $0.73 | 1.46 | Unbilled |
| July 10, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 12 | $0.25 | 3.00 | Unbilled |
| July 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 18 | $0.73 | 13.14 | Unbilled |
| July 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 36 | $0.25 | 9.00 | Unbilled |
| July 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 16 | $0.25 | 4.00 | Unbilled |
| July 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Filing Fee | Y | 1 | $34.00 | 34.00 | Unbilled |
| July 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 2 | $0.78 | 1.56 | Unbilled |
| September 11, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 1 | $1.85 | 1.85 | Unbilled |
| September 19, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 20 | $0.78 | 15.60 | Unbilled |
| September 19, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 40 | $0.25 | 10.00 | Unbilled |
| September 20, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 1 | $0.78 | 0.78 | Unbilled |
| September 20, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 4 | $0.25 | 1.00 | Unbilled |
| September 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 4 | $0.25 | 1.00 | Unbilled |
| September 23, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 2 | $0.78 | 1.56 | Unbilled |
| November 12, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 1 | $1.36 | 1.36 | Unbilled |
| December 01, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 1 | $0.78 | 0.78 | Unbilled |

# Law Office of Lisa A. Rynard
## TimeKeeper's Expense Report
### March 01, 2025 - February 03, 2026

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| December 01, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 20 | $0.78 | 15.60 | Unbilled |
| December 01, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 40 | $0.25 | 10.00 | Unbilled |
| December 01, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 4 | $0.25 | 1.00 | Unbilled |
| December 03, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 14 | $0.25 | 3.50 | Unbilled |
| December 03, 2025 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 2 | $0.78 | 1.56 | Unbilled |
| January 13, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 20 | $0.25 | 5.00 | Unbilled |
| January 13, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 20 | $0.78 | 15.60 | Unbilled |
| February 03, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Copies | Y | 20 | $0.25 | 5.00 | Unbilled |
| February 03, 2026 | Sciacca, Frank S., Jr. | Bankruptcy Debtor | Postage | Y | 20 | $0.78 | 15.60 | Unbilled |

| | |
|---|---|
| **Total Hold Amount:** | $0.00 |
| **Total Unbilled Amount (Billable):** | $186.41 ✓ |
| **Total Unbilled Amount (Non Billable):** | $0.00 |
| **Total Billed Amount:** | $358.00 ✓ |
| **Total Paid Amount:** | $0.00 |
| | $544.41 |
| | (313.00) |
| | $231.41 |