# Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **FRANK S. SCIACCA, JR.** | : | **CASE NO. 4:25-bk-00795-MJC** |
| **Debtor** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

Upon consideration of the First Interim Application of LAW OFFICE OF LISA A. RYNARD, by Lisa A. Rynard, Counsel for Debtors in the above matter, Doc. 55 ("Application"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that compensation and expenses will be allowed for the payment of fees in the amount of $3,523.50 and expenses in the amount of $231.41, for a total of $3,754.91 for the time period of March 1, 2025 through February 3, 2026.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 3, 2026

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−4 | User: AutoDocketer | Date Created: 3/4/2026 |
| Case: 4:25−bk−00795−MJC | Form ID: pdf010 | Total: 1 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Lisa A Rynard | larynard@larynardlaw.com |

TOTAL: 1