# Exhibit D

**CREDS, FMDueD1, PlnCnfrmd**

**U.S. Bankruptcy Court**
**Middle District of Pennsylvania (Williamsport)**
**Bankruptcy Petition #: 4:25-bk-00795-MJC**

*Date filed:* 03/25/2025
*Plan confirmed:* 01/08/2026
*341 meeting:* 05/05/2025
*Deadline for filing claims:* 06/03/2025
*Deadline for filing claims (govt.):* 09/21/2025

*Assigned to:* Honorable Mark J Conway
Chapter 13
Voluntary
Asset

***Debtor 1***
**Frank S. Sciacca, Jr.**
1051 Hepburn Street
Williamsport, PA 17701
LYCOMING-PA
SSN / ITIN: xxx-xx-3220
***aka* Frank F. Sciacca**

represented by **Lisa A Rynard**
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754
570-505-3289
Fax : 570-980-9414
Email: larynard@larynardlaw.com

***Trustee***
**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717-566-6097

***Asst. U.S. Trustee***
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221-4515

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 03/25/2025 | 1<br>(61 pgs) | Chapter 13 Voluntary Petition for an Individual . Filing fee due in the amount of $ 313.00 Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr.. (Rynard, Lisa) (Entered: 03/25/2025) |
| 03/25/2025 | 2 | Statement About Your Social Security Numbers (Document is restricted.) Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)1). (Rynard, Lisa) (Entered: 03/25/2025) |
| 03/25/2025 | 3 | Creditor List Uploaded. (There is no image or paper document associated with this entry.) Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)1). (Rynard, Lisa) (Entered: 03/25/2025) |
| 03/25/2025 | 4<br>(12 pgs) | Chapter 13 Plan (Includes no Motion(s) to Avoid Liens and 1 Motion(s) to Value Collateral) Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)1). (Rynard, Lisa) (Entered: 03/25/2025) |
| 03/25/2025 | | Receipt of Voluntary Petition (Chapter 13)( 4:25-bk-00795) [misc,volp13a] ( 313.00) filing fee. Receipt number A11409932, amount $ 313.00. (RE: related document(s)1). (U.S. Treasury) (Entered: 03/25/2025) |
| 03/25/2025 | 5 | I, Lisa A. Rynard, Esquire, attorney for debtor(s), hereby certify that on 3/17/2025, Debtor(s) and I executed a Rights and Responsibilities Agreement (L.B.F. 2016-2(a)) in connection with legal services to be rendered in the within case. I further certify that a copy of the fully executed copy is retained in my file. (There is no image or paper document associated with this entry.) Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr.. (Rynard, Lisa) (Entered: 03/25/2025) |
| 03/25/2025 | 6 | Meeting of Creditors and Appointment of Trustee Zaharopoulos, Jack N with 341(a) meeting to be held on 5/5/2025 at 09:00 AM - w/Trustee Zaharopoulos join.zoom.us Meeting ID 890 248 6951, passcode 9568534732, or 1-267-552-4885. Government Proof of Claim due by 9/21/2025. Last day to oppose dischargeability is 7/4/2025. Proofs of Claims due by 6/3/2025. (Scheduled Automatic Assignment, shared account) (Entered: 03/25/2025) |
| 03/26/2025 | 7<br>(3 pgs; 2 docs) | Notice of Meeting of Creditors and Appointment of Trustee. Request submitted to BNC for mailing (RE: related document(s) 6 ). (Dunbar-Yancey, Daneisha) (Entered: 03/26/2025) |
| 03/28/2025 | 8<br>(4 pgs) | BNC Certificate of Notice (341 Meeting Notice (Chapter 13)) (RE: related document(s)7). Notice Date 03/28/2025. (Admin.) (Entered: 03/29/2025) |
| 04/02/2025 | 9<br>(2 pgs) | Entry of Appearance of Mario Hanyon Filed by Mario J. Hanyon of Brock & Scott, PLLC on behalf of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank Nat. (Hanyon, Mario) (Entered: 04/02/2025) |
| 05/05/2025 | 10 | Certification that 341 Meeting of Creditors Held. Confirmation hearing to be held on 6/12/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA 18701. Clerk to provide notice of confirmation hearing to all parties in |

| | | |
|---|---|---|
| | | interest. (There is no image or paper document associated with this entry.). Last day to Object to Plan Confirmation 6/5/2025. (Zaharopoulos, Jack) (Entered: 05/05/2025) |
| 05/05/2025 | 11 (15 pgs; 4 docs) | Notice to Creditors of Confirmation Hearing. Request submitted to BNC for mailing. (RE: related document(s)4). Confirmation hearing to be held on 6/12/2025 at 10:00 AM at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701. Last day to Object to Plan Confirmation 6/5/2025. (Dunbar-Yancey, Daneisha) (Entered: 05/05/2025) |
| 05/07/2025 | 12 (3 pgs) | BNC Certificate of Notice (Notice setting Confirmation Hearing) (RE: related document(s)11). Notice Date 05/07/2025. (Admin.) (Entered: 05/08/2025) |
| 05/07/2025 | 13 (14 pgs) | BNC Certificate of Notice (Chapter 12/13 Plan) (RE: related document(s)11). Notice Date 05/07/2025. (Admin.) (Entered: 05/08/2025) |
| 05/12/2025 | 14 (2 pgs) | Pre-Confirmation Certification of Compliance with Post Petition Domestic Support Obligations (LBF 3015-3(a)) Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)11). (Rynard, Lisa) (Entered: 05/12/2025) |
| 06/11/2025 | 15 (5 pgs) | Motion to Dismiss Ch. 13 Case for material default and Notice of Self Scheduled Hearing. Notice served on 6/11/2025. Filed by Trustee. Hearing scheduled for 07/10/2025 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. (Zaharopoulos, Jack) (Entered: 06/11/2025) |
| 06/12/2025 | 16 | **Proceeding Memo for hearing scheduled on: 06/12/2025**<br>**MATTER:** Confirmation Hearing (Chapter 13 Plan) # 4<br>**APPEARANCES:** Jack N Zaharopoulos, Trustee<br>**DISPOSITION:** Confirmation hearing called and continued.<br>**HEARING Scheduled for 07/10/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.**<br>(Ratchford, Patricia) (Entered: 06/12/2025) |
| 07/07/2025 | 17 (3 pgs; 2 docs) | Stipulation *file an amended plan within 14 days of the date of this stipulation* Filed by Trustee (RE: related document(s)15). (Attachments: # 1 Proposed Order)(Zaharopoulos, Jack) (Entered: 07/07/2025) |
| 07/07/2025 | 18 (2 pgs; 2 docs) | Order Approving Stipulation regarding Motion to Dismiss. Hearing set on Motion to Dismiss canceled. (RE: related document(s)15, 17). (Dunbar-Yancey, Daneisha) (Entered: 07/07/2025) |
| 07/08/2025 | 19 (6 pgs; 3 docs) | Motion for Wage Attachment Order. Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)17, 18). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Rynard, Lisa) (Entered: 07/08/2025) |
| 07/08/2025 | 20 (3 pgs; 2 docs) | Order Granting Motion for Wage Attachment Order (RE: related document(s)19). (Dunbar-Yancey, Daneisha) (Entered: 07/08/2025) |

| | | |
|---|---|---|
| 07/10/2025 | 21 | **Proceeding Memo for hearing scheduled on: 07/10/2025**<br>**MATTER:** Confirmation Hearing (Chapter 13 Plan) # 4<br>**APPEARANCES:** Douglas R. Roeder, Esq. (by remote appearance)<br>**DISPOSITION:** Confirmation Hearing Held, Amended Plan to be filed within fourteen (14) days. IT IS SO ORDERED. /s/ Mark J. Conway.<br>(Ratchford, Patricia) (Entered: 07/10/2025) |
| 07/10/2025 | 22<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)20). Notice Date 07/10/2025. (Admin.) (Entered: 07/11/2025) |
| 07/11/2025 | 23<br>(16 pgs; 3 docs) | First Amended Chapter 13 Plan (Includes no Motion(s) to Avoid Liens and 1 Motion(s) to Value Collateral) with Certificate of Service and Notice of Self Scheduled Hearing with Objection Deadline. Notice served on 7/11/2025. Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)4, 18). Hearing scheduled for 08/21/2025 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. Last day to Object to Plan Confirmation 8/14/2025. (Attachments: # 1 Notice # 2 Certificate of Service)(Rynard, Lisa) (Entered: 07/11/2025) |
| 07/11/2025 | 24<br>(5 pgs) | Motion to Dismiss Ch. 13 Case for material default and Notice of Self Scheduled Hearing. Notice served on 7/11/2025. Filed by Trustee. Hearing scheduled for 08/07/2025 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. (Zaharopoulos, Jack) (Entered: 07/11/2025) |
| 07/11/2025 | 25<br>(2 pgs) | Withdrawal *of Motion to Dismiss for Material Default filed in error* Filed by Trustee (RE: related document(s)24). (Zaharopoulos, Jack) (Entered: 07/11/2025) |
| 07/11/2025 | 26 | Motion to Dismiss terminated. Hearing set on Motion to Dismiss canceled. MotDism flag also removed from the docket. (RE: related document(s)24). (Dunbar-Yancey, Daneisha) (Entered: 07/11/2025) |
| 07/23/2025 | 27<br>(3 pgs) | Amendment to Schedule E-F; Filing fee due in the amount of $34.00. Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)1). (Rynard, Lisa) (Entered: 07/23/2025) |
| 07/23/2025 | | Receipt of Amendment to Petition/List of Creditors/Schedules/Statements( 4:25-bk-00795-MJC) [misc,amdsch] ( 34.00) filing fee. Receipt number A11543723, amount $ 34.00. (RE: related document(s)27). (U.S. Treasury) (Entered: 07/23/2025) |
| 08/21/2025 | 28 | **Proceeding Memo for hearing scheduled on: 08/21/2025**<br>**MATTER:** Confirmation Hearing (First Amended Plan) # 23<br>**APPEARANCES:** Agatha R. McHale, Esq.<br>**DISPOSITION:** Confirmation hearing called and continued. Record made.<br>**HEARING Scheduled for 10/02/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.**<br>(Price, Lyndsey) (Entered: 08/21/2025) |

| | | |
|---|---|---|
| 09/19/2025 | 29<br>(6 pgs; 3 docs) | Amended Motion for Wage Attachment Order. Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)19). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Rynard, Lisa) (Entered: 09/19/2025) |
| 09/20/2025 | 30<br>(16 pgs; 3 docs) | Second Amended Chapter 13 Plan (Includes no Motion(s) to Avoid Liens and 1 Motion(s) to Value Collateral) with Certificate of Service and Notice of Self Scheduled Hearing with Objection Deadline. Notice served on 9/20/2025. Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)4, 23). Hearing scheduled for 11/06/2025 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. Last day to Object to Plan Confirmation 10/30/2025. (Attachments: # 1 Notice # 2 Certificate of Service)(Rynard, Lisa) (Entered: 09/20/2025) |
| 09/20/2025 | 31<br>(1 pg) | Certificate of Service Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)30). (Rynard, Lisa) (Entered: 09/20/2025) |
| 09/22/2025 | 32 | **Proceeding Memo for hearing scheduled on: 10/02/2025**<br>**MATTER:** Confirmation Hearing (First Amended Plan) # 23<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Confirmation Hearing of 10/02/2025 canceled; not held. Second Amended Plan filed and served. (Ratchford, Patricia) (Entered: 09/22/2025) |
| 09/22/2025 | 33<br>(3 pgs; 2 docs) | Order Granting Amended Motion for Wage Attachment Order (RE: related document(s)29). (Dunbar-Yancey, Daneisha) (Entered: 09/22/2025) |
| 09/24/2025 | 34<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)33). Notice Date 09/24/2025. (Admin.) (Entered: 09/25/2025) |
| 10/10/2025 | 35<br>(71 pgs; 8 docs) | Motion for Relief from Automatic Stay with nonconcurrence and Notice of Self Scheduled Hearing with Objection Deadline. Re: 1051 Hepburn Street Williamsport, Pennsylvania 17701. Filing fee due in the amount of $199.00. Notice served on 10/10/2025. Filed by Mario J. Hanyon of Brock & Scott, PLLC on behalf of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certi. Objections due by 10/24/2025. Hearing scheduled for 11/04/2025 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. (Attachments: # 1 Sciacca Jr- Notice # 2 Sciacca Jr- Order # 3 Sciacca Jr- Certificate of Service # 4 Sciacca Jr- Certificate of Non-Concurrence # 5 Sciacca Jr- Local BK Form # 6 Sciacca Jr- Pay History- Exhibit A # 7 Sciacca Jr- Loan Documents) (Hanyon, Mario) (Entered: 10/10/2025) |
| 10/10/2025 | | Receipt of Motion for Relief from Automatic Stay( 4:25-bk-00795-MJC) [motion,mrlfsty] ( 199.00) filing fee. Receipt number A11637236, amount $ 199.00. (RE: related document(s)35). (U.S. Treasury) (Entered: 10/10/2025) |
| 10/23/2025 | 36<br>(3 pgs) | Answer Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)35). (Rynard, Lisa) (Entered: 10/23/2025) |

| | | |
|---|---|---|
| 10/29/2025 | 37 (2 pgs) | Request to remove matter from hearing list Filed by Mario J. Hanyon of Brock & Scott, PLLC on behalf of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certi (RE: related document(s)35). Stipulation due 12/13/2025. (Hanyon, Mario) (Entered: 10/29/2025) |
| 10/30/2025 | 38 | **Proceeding Memo for hearing scheduled on: 11/04/2025**<br>**MATTER:** Motion for Relief from Automatic Stay (1051 Hepburn Street Williamsport, PA) # 35 filed by US Bank Trust Co., NA; Answer filed by Debtor # 36<br>**APPEARANCES:** n/a<br>**DISPOSITION:** Hearing of 11/04/2025 on the Motion for Relief from Automatic Stay canceled; not held. Request to Remove Matter from Hearing list filed. Order - Stipulation or Request to Relist Matter to be filed within forty-five (45) days. If the stipulation is not filed by the date indicated or a request to relist matter for hearing is not filed, the Motion may be denied without prejudice and without further Notice. IT IS SO ORDERED on 10/30/2025. /s/Mark J. Conway<br>Stipulation Due 12/13/2025 (Ratchford, Patricia) (Entered: 10/30/2025) |
| 10/31/2025 | 39 (1 pg) | Request for Payment of Ch. 13 Compensation and Expenses (LBF 2016-2(c)) Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)30). (Rynard, Lisa) (Entered: 10/31/2025) |
| 11/06/2025 | 40 | **Proceeding Memo for hearing scheduled on: 11/06/2025**<br>**MATTER:** Confirmation Hearing (Second Amended Plan) # 30<br>**APPEARANCES:** Agatha R. McHale, Esq.; Lisa A. Rynard, Esq.<br>**DISPOSITION:** Confirmation hearing called and continued. Record made.<br>**HEARING Scheduled for 12/18/2025 at 10:00 AM at U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA.**<br>(Price, Lyndsey) (Entered: 11/06/2025) |
| 11/23/2025 | 41 (5 pgs; 2 docs) | Stipulation *in Settlement of Motion for Relief from Stay* Filed by Mario J. Hanyon of Brock & Scott, PLLC on behalf of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certi (RE: related document(s)35). (Attachments: # 1 Proposed Order) (Hanyon, Mario) (Entered: 11/23/2025) |
| 11/26/2025 | 42 (2 pgs; 2 docs) | Order Approving Stipulation (RE: related document(s)41). (Edris, Christina) (Entered: 11/26/2025) |
| 12/01/2025 | 43 (16 pgs; 3 docs) | Third Amended Chapter 13 Plan (Includes no Motion(s) to Avoid Liens and 1 Motion(s) to Value Collateral) with Certificate of Service and Notice of Self Scheduled Hearing with Objection Deadline. Notice served on 12/1/2025. Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)4, 23, 30). Hearing scheduled for 01/08/2026 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. Last day to Object to Plan Confirmation 1/1/2026. (Attachments: # 1 Notice # 2 Certificate of Service)(Rynard, Lisa) (Entered: 12/01/2025) |

| | | |
|---|---|---|
| 12/01/2025 | 44 (1 pg) | Certificate of Service Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)43). (Rynard, Lisa) (Entered: 12/01/2025) |
| 12/01/2025 | 45 (6 pgs; 3 docs) | Amended Motion for Wage Attachment Order. Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)29). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Rynard, Lisa) (Entered: 12/01/2025) |
| 12/02/2025 | 46 | **Proceeding Memo for hearing scheduled on: 12/18/2025**<br>**MATTER:** Confirmation Hearing (Second Amended Plan) # 30<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Confirmation Hearing of 12/18/2025 canceled; not held. Third Amended Plan filed and served. (Ratchford, Patricia) (Entered: 12/02/2025) |
| 12/02/2025 | 47 (3 pgs; 2 docs) | Order Granting Amended Motion for Wage Attachment Order (RE: related document(s)45). (Dunbar-Yancey, Daneisha) (Entered: 12/02/2025) |
| 12/04/2025 | 48 (4 pgs) | BNC Certificate of Notice (RE: related document(s)47). Notice Date 12/04/2025. (Admin.) (Entered: 12/05/2025) |
| 12/31/2025 | 49 (2 pgs) | Objection to Ch. 13 Plan Filed by Trustee (RE: related document(s)43). (Zaharopoulos, Jack) (Entered: 12/31/2025) |
| 01/02/2026 | 50 (1 pg) | Amended Request for Payment of Ch. 13 Compensation and Expenses (LBF 2016-2(c)) Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)43). (Rynard, Lisa) (Entered: 01/02/2026) |
| 01/06/2026 | 51 (2 pgs) | Withdrawal *of Objection to Chapter 13 Plan* Filed by Trustee (RE: related document(s)49). (Zaharopoulos, Jack) (Entered: 01/06/2026) |
| 01/08/2026 | 52 | **Proceeding Memo for hearing scheduled on: 01/08/2026**<br>**MATTER:** Confirmation Hearing (Third Amended Plan) # 43 ;Objection to confirmation of plan by Trustee # 49 ; WITHDRAWN at # 51<br>**APPEARANCES:** Agatha R. McHale, Esq.<br>**DISPOSITION:** Confirmation hearing held. Plan is eligible for confirmation per Trustee. Order to be entered. (Price, Lyndsey) (Entered: 01/08/2026) |
| 01/08/2026 | 53 (4 pgs; 4 docs) | Order Confirming Amended Chapter 13 Plan filed 12/1/2025 (RE: related document(s)11, 23, 30, 43). (Dunbar-Yancey, Daneisha) (Entered: 01/08/2026) |
| 01/13/2026 | 54 (3 pgs) | Certificate of Service Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr. (RE: related document(s)53). (Rynard, Lisa) (Entered: 01/13/2026) |

| | | |
|---|---|---|
| 02/03/2026 | 55 (21 pgs; 6 docs) | First Application for allowance of compensation & expenses . Filed by Lisa A Rynard of Law Office of Lisa A. Rynard on behalf of Frank S. Sciacca Jr.. Objections due by 2/24/2026. Hearing scheduled for 03/05/2026 at 10:00 AM - U.S. Courthouse, 197 S. Main St. Wilkes-Barre, PA. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Notice # 4 Proposed Order # 5 Certificate of Service) (Rynard, Lisa) (Entered: 02/03/2026) |
| 03/03/2026 | 56 (2 pgs; 2 docs) | Order Approving First Application for allowance of compensation and expenses (RE: related document(s)55). (Dunbar-Yancey, Daneisha) (Entered: 03/04/2026) |
| 03/04/2026 | 57 | **Proceeding Memo for hearing scheduled on: 03/05/2026**<br>**MATTER:** First Application for allowance of compensation & expenses filed by Lisa A Rynard # 55 ; (Objections due by 2/24/2026)<br>**APPEARANCES:** N/A<br>**DISPOSITION:** Hearing of 03/05/2026 canceled; not held. No objections or responses filed, Order has been entered. (Ratchford, Patricia) (Entered: 03/04/2026) |
| 06/02/2026 | 58 (4 pgs; 3 docs) | Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: PHH Mortgage Corporation (Claim No. 7) To NewRez LLC d/b/a Shellpoint Mortgage. Filing fee due in the amount of $ 28.00 for each transfer of claim. Notice sent to Parties. Filed by U.S. Bank Trust Company, National Association (Edelman, Craig) (Entered: 06/02/2026) |
| 06/02/2026 | | Receipt of Transfer of Claim( 4:25-bk-00795-MJC) [claims,trclm] ( 28.00) filing fee. Receipt number A11914194, amount $ 28.00. (RE: related document(s)58). (U.S. Treasury) (Entered: 06/02/2026) |
| 06/04/2026 | 59 (3 pgs) | BNC Certificate of Notice (Notice regarding Transfer of Claim) (RE: related document(s)58). Notice Date 06/04/2026. (Admin.) (Entered: 06/05/2026) |
| 06/19/2026 | 60 (3 pgs) | Entry of Appearance of Andrew L. Unterlack Filed by Andrew L Unterlack of Hill Wallack LLP on behalf of NewRez LLC, as servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. As. (Unterlack, Andrew) (Entered: 06/19/2026) |

## PACER Service Center

### Transaction Receipt

| 08/26/2026 21:30:29 | | | |
|---|---|---|---|
| **PACER Login:** | carlosab | **Client Code:** | |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 4:25-bk-00795-MJC Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |