# Exhibit F

**CREDS, PlnCnfrmd, 2002**

# U.S. Bankruptcy Court
# Middle District of Pennsylvania (Wilkes-Barre)
# Bankruptcy Petition #: 5:25-bk-00746-HWV

*Date filed:* 03/20/2025
*Plan confirmed:* 06/25/2025
*341 meeting:* 04/21/2025
*Deadline for filing claims:* 05/29/2025
*Deadline for filing claims (govt.):* 09/16/2025

*Assigned to:* Chief Judge Henry W. Van Eck
Chapter 13
Voluntary
Asset

| | |
|---|---|
| ***Debtor 1***<br>**Charles R Samuel**<br>1107 Rundle St, 2nd Floor<br>Scranton, PA 18504<br>LACKAWANNA-PA<br>SSN / ITIN: xxx-xx-4227<br>***aka* Charles Richard Samuel**<br>***aka* Charles Samuel** | represented by **Carlo Sabatini**<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>570-341-9000<br>Email: usbkct@bankruptcypa.com |
| ***Debtor 2***<br>**Beckie M Samuel**<br>1107 Rundle St, 2nd Floor<br>Scranton, PA 18504<br>LACKAWANNA-PA<br>SSN / ITIN: xxx-xx-2526<br>***fka* Beckie M Schroeder**<br>***aka* Beckie Samuel**<br>***aka* Beckie Marie Samuel** | represented by **Carlo Sabatini**<br>(See above for address) |
| ***Trustee***<br>**Jack N Zaharopoulos**<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

717-566-6097

***Asst. U.S. Trustee***
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221-4515

| Filing Date | # | Docket Text |
|---|---|---|
| 03/20/2025 | 1 (64 pgs) | Chapter 13 Voluntary Petition for an Individual . Filing fee due in the amount of $ 313.00 Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Charles R Samuel, Beckie M Samuel. (Sabatini, Carlo) (Entered: 03/20/2025) |
| 03/20/2025 | | Receipt of Voluntary Petition (Chapter 13)( 5:25-bk-00746) [misc,volp13a] ( 313.00) filing fee. Receipt number A11405286, amount $ 313.00. (RE: related document(s)1). (U.S. Treasury) (Entered: 03/20/2025) |
| 03/20/2025 | 2 | Creditor List Uploaded. (There is no image or paper document associated with this entry.) Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)1). (Sabatini, Carlo) (Entered: 03/20/2025) |
| 03/20/2025 | 3 | Statement About Your Social Security Numbers (Document is restricted.) Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)1). (Sabatini, Carlo) (Entered: 03/20/2025) |
| 03/20/2025 | 4 (5 pgs) | Employee Income Records Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Charles R Samuel. (Sabatini, Carlo) (Entered: 03/20/2025) |
| 03/20/2025 | 5 (5 pgs) | Employee Income Records Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel. (Sabatini, Carlo) (Entered: 03/20/2025) |
| 03/20/2025 | 6 (6 pgs) | Chapter 13 Plan (Includes no Motion(s) to Avoid Liens and no Motion(s) to Value Collateral) Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)1). (Sabatini, Carlo) (Entered: 03/20/2025) |
| 03/20/2025 | 7 (2 pgs) | Motion for Wage Attachment Order. Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel. (Sabatini, Carlo) (Entered: 03/20/2025) |
| 03/20/2025 | 8 | Meeting of Creditors and Appointment of Trustee Zaharopoulos, Jack N with 341(a) meeting to be held on 4/21/2025 at 11:00 AM - w/Trustee Zaharopoulos join.zoom.us Meeting ID 890 248 6951, passcode 9568534732, or 1-267-552- |

| | | |
|---|---|---|
| | | 4885. Government Proof of Claim due by 9/16/2025. Last day to oppose dischargeability is 6/20/2025. Proofs of Claims due by 5/29/2025. (Scheduled Automatic Assignment, shared account) (Entered: 03/20/2025) |
| 03/21/2025 | 9 (3 pgs; 2 docs) | Notice of Meeting of Creditors and Appointment of Trustee. Request submitted to BNC for mailing (RE: related document(s) 8 ). (Wojtowicz, Courtney) (Entered: 03/21/2025) |
| 03/21/2025 | 10 (2 pgs; 2 docs) | Order Granting Motion for Wage Attachment Order (RE: related document(s)7). (Wojtowicz, Courtney) (Entered: 03/21/2025) |
| 03/23/2025 | 11 (4 pgs) | BNC Certificate of Notice (341 Meeting Notice (Chapter 13)) (RE: related document(s)9). Notice Date 03/23/2025. (Admin.) (Entered: 03/24/2025) |
| 03/23/2025 | 12 (2 pgs) | BNC Certificate of Notice (RE: related document(s)10). Notice Date 03/23/2025. (Admin.) (Entered: 03/24/2025) |
| 03/24/2025 | 13 (6 pgs) | Exhibit (Letter to Judge Conway). Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)1). (Sabatini, Carlo) (Entered: 03/24/2025) |
| 03/25/2025 | 14 (2 pgs; 2 docs) | Order of Recusal, Involvement of Judge Mark J Conway Terminated. Case Reassigned to Judge Henry W. Van Eck. (Wojtowicz, Courtney) (Entered: 03/25/2025) |
| 03/27/2025 | 15 (1 pg) | Certificate of Debtor Education for Debtor 1 . (Walter, Marcy) (Entered: 03/27/2025) |
| 03/27/2025 | 16 (1 pg) | Certificate of Debtor Education for Debtor 2 . (Walter, Marcy) (Entered: 03/27/2025) |
| 03/27/2025 | 17 (3 pgs) | BNC Certificate of Notice (RE: related document(s)14). Notice Date 03/27/2025. (Admin.) (Entered: 03/28/2025) |
| 04/04/2025 | 18 (4 pgs) | Amendment to Schedule C; Declaration About an Individual Debtors Schedules; Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)1). (Sabatini, Carlo) (Entered: 04/04/2025) |
| 04/21/2025 | 19 | Certification that 341 Meeting of Creditors Held. Confirmation hearing to be held on 6/11/2025 at 9:30 AM at Sylvia H. Rambo US Courthouse, 1501 N. 6th St, Bankruptcy Ctrm 4B, 4th Fl, Harrisburg, PA 17102 Clerk to provide notice of confirmation hearing to all parties in interest. (There is no image or paper document associated with this entry.). Last day to Object to Plan Confirmation 6/4/2025. (Zaharopoulos, Jack) Modified on 4/21/2025 to correct date and location. (PJR). (Entered: 04/21/2025) |

| | | |
|---|---|---|
| 04/21/2025 | 20 (9 pgs; 4 docs) | Notice to Creditors of Confirmation Hearing. Request submitted to BNC for mailing. (RE: related document(s)6). Confirmation hearing to be held on 6/11/2025 at 09:30 AM at Sylvia H. Rambo US Courthouse, 1501 N. 6th St, Bankruptcy Ctrm 4B, 4th Fl, Harrisburg, PA 17102. Last day to Object to Plan Confirmation 6/4/2025. (Radginski, Pamela) (Entered: 04/21/2025) |
| 04/23/2025 | 21 (3 pgs) | Objection to Ch. 13 Plan Filed by Trustee (RE: related document(s)6). (Zaharopoulos, Jack) (Entered: 04/23/2025) |
| 04/23/2025 | 22 (2 pgs) | Objection to Claim of Exemptions Filed by Trustee (RE: related document(s)1). (Zaharopoulos, Jack) (Entered: 04/23/2025) |
| 04/23/2025 | 23 (1 pg) | Exhibit (Proposed Order). Filed by Trustee (RE: related document(s)22). (Zaharopoulos, Jack) (Entered: 04/23/2025) |
| 04/23/2025 | 24 (2 pgs) | Pre-Confirmation Certification of Compliance with Post Petition Domestic Support Obligations (LBF 3015-3(a)) Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Charles R Samuel. (Sabatini, Carlo) (Entered: 04/23/2025) |
| 04/23/2025 | 25 (2 pgs) | Pre-Confirmation Certification of Compliance with Post Petition Domestic Support Obligations (LBF 3015-3(a)) Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel. (Sabatini, Carlo) (Entered: 04/23/2025) |
| 04/23/2025 | 26 (2 pgs; 2 docs) | Notice setting objection date. Request submitted to BNC for mailing. (RE: related document(s)22). Objections due by 5/14/2025. (Radginski, Pamela) (Entered: 04/23/2025) |
| 04/23/2025 | 27 (3 pgs) | BNC Certificate of Notice (Notice setting Confirmation Hearing) (RE: related document(s)20). Notice Date 04/23/2025. (Admin.) (Entered: 04/24/2025) |
| 04/23/2025 | 28 (8 pgs) | BNC Certificate of Notice (Chapter 12/13 Plan) (RE: related document(s)20). Notice Date 04/23/2025. (Admin.) (Entered: 04/24/2025) |
| 04/28/2025 | 29 (1 pg) | Request for Payment of Ch. 13 Compensation and Expenses (LBF 2016-2(c)) Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel. (Sabatini, Carlo) (Entered: 04/28/2025) |
| 05/01/2025 | 30 (2 pgs) | Withdrawal *Objection to Ch. 13 Plan* Filed by Trustee (RE: related document(s)21). (Zaharopoulos, Jack) (Entered: 05/01/2025) |
| 05/01/2025 | 31 (2 pgs) | Withdrawal *Objection to Debtor's Exemptions* Filed by Trustee (RE: related document(s)22). (Zaharopoulos, Jack) (Entered: 05/01/2025) |

| | | |
|---|---|---|
| 05/02/2025 | 32<br>(2 pgs; 2 docs) | Order Approving Withdrawal of Trustee's Objection to Debtor's Exemptions. (RE: related document(s)31). (Radginski, Pamela) (Entered: 05/02/2025) |
| 05/07/2025 | 33<br>(1 pg) | Request for Notice under 2002 *and Service of Papers* Filed by James Randolph Wood of Portnoff Law Associates, Ltd. on behalf of City of Scranton. (Wood, James) (Entered: 05/07/2025) |
| 06/11/2025 | 34 | **Proceeding Memo for hearing scheduled on: 06/11/2025**<br>**MATTER:** Confirmation Hearing and Chapter 13 Plan 6<br>**APPEARANCES:** Douglas Roeder<br>**DISPOSITION:** Confirmation Hearing held. Record made. Matter continued.<br>**HEARING Scheduled for 06/25/2025 at 09:30 AM at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA.**<br>(Radginski, Pamela) (Entered: 06/11/2025) |
| 06/20/2025 | 35<br>(3 pgs) | Amendment to Schedule J; Declaration About an Individual Debtors Schedules; Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)1). (Sabatini, Carlo) (Entered: 06/20/2025) |
| 06/25/2025 | 36 | **Proceeding Memo for hearing scheduled on: 06/25/2025**<br>**MATTER:** Confirmation Hearing and Chapter 13 Plan 6<br>**APPEARANCES:** Douglas Roeder and Carlo Sabatini<br>**DISPOSITION:** Confirmation Hearing held. Record made. Plan is eligible for confirmation per Trustee. Order to be entered.<br>(Wilson, Tonia) Modified on 6/25/2025 (Wilson, Tonia). (Entered: 06/25/2025) |
| 06/25/2025 | 37<br>(4 pgs; 4 docs) | Order Confirming Chapter 13 Plan filed 3/20/2025 (RE: related document(s)6, 20). (Radginski, Pamela) (Entered: 06/25/2025) |
| 07/01/2025 | 38<br>(4 pgs) | Certificate of Service *of Order Confirming Chapter 13 Plan* Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)37). (Sabatini, Carlo) (Entered: 07/01/2025) |
| 04/06/2026 | 39<br>(22 pgs; 6 docs) | Interim Application for allowance of compensation & expenses . Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel. Objections due by 4/27/2026. Hearing scheduled for 05/19/2026 at 09:35 AM - U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA. (Attachments: # 1 Exhibit A - Disclosure of Compensation # 2 Exhibit B - Bill # 3 Notice # 4 Proposed Order # 5 Certificate of Service) (Sabatini, Carlo) (Entered: 04/06/2026) |
| 05/17/2026 | 40<br>(1 pg) | Request to continue hearing with concurrence Filed by Carlo Sabatini of Sabatini Law Firm, LLC on behalf of Beckie M Samuel, Charles R Samuel (RE: related document(s)39). (Sabatini, Carlo) (Entered: 05/17/2026) |
| 05/18/2026 | 41 | **Proceeding Memo for hearing scheduled on: 05/19/2026**<br>**MATTER:** Interim Application for allowance of compensation & expenses 39 ;Objections due by 4/27/2026<br>**APPEARANCES:** NA |

| | | |
|---|---|---|
| | | **DISPOSITION:** Hearing on the Interim Application for allowance of compensation and expenses canceled, not held. A request to continue with concurrence filed, hearing continued. 40<br>**HEARING Scheduled for 06/09/2026 at 09:35 AM at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA.** (Edris, Christina) (Entered: 05/18/2026) |
| 06/09/2026 | 42 | **Proceeding Memo for hearing scheduled on: 06/09/2026**<br>**MATTER:** Interim Application for allowance of compensation & expenses 39 ;Objections due by 4/27/2026<br>**APPEARANCES:** Carlo Sabatini and Douglas Roeder<br>**DISPOSITION:** Hearing on Interim Application for allowance of compensation & expenses held. Record made. Court to sign order approving the application.<br>(Wilson, Tonia) (Entered: 06/09/2026) |
| 06/09/2026 | 43<br>(2 pgs; 2 docs) | Order Approving Interim Application for allowance of compensation and expenses (RE: related document(s)39). (Price, Lyndsey) (Entered: 06/09/2026) |
| 08/19/2026 | 44<br>(2 pgs) | Notice of Change of Address *(Payments Only)* Filed by Verizon by AIS InfoSource LP as agent. (Yeager, Gloria) (Entered: 08/19/2026) |
| 08/19/2026 | 45<br>(2 pgs) | Notice of Change of Address. This is a duplicate docket entry of docket #44 to associate this document with Claim #5 on the claims register. (Price, Lyndsey) (Entered: 08/19/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/30/2026 16:59:15 | | | |
| **PACER Login:** | carlosab | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-bk-00746-HWV Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* ____________________

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1: Identify Yourself**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Charles**<br>First name<br>**R**<br>Middle name<br>**Samuel**<br>Last name and Suffix (Sr., Jr., II, III) | **Beckie**<br>First name<br>**M**<br>Middle name<br>**Samuel**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **AKA Charles Richard Samuel**<br>**AKA Charles Samuel** | **FKA Beckie M Schroeder**<br>**AKA Beckie Samuel**<br>**AKA Beckie Marie Samuel** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-4227** | **xxx-xx-2526** |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 4. | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| 5. | **Where you live** | **1107 Rundle St, 2nd Floor**<br>**Scranton, PA 18504**<br>Number, Street, City, State & ZIP Code<br><br>**Lackawanna**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Charles R Samuel**
Debtor 2 **Beckie M Samuel**

Case number *(if known)* ____________________

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

Debtor ____________ Relationship to you ____________
District ____________ When ____________ Case number, if known ____________
Debtor ____________ Relationship to you ____________
District ____________ When ____________ Case number, if known ____________

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ☒ Yes. Has your landlord obtained an eviction judgment against you?
  - ☒ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

**Part 3: Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

**See Attachment**
Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard? ____________

If immediate attention is needed, why is it needed? ____________

Where is the property? ____________
Number, Street, City, State & Zip Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Charles R Samuel**
Signature of Debtor 1

Executed on **March 20, 2025**
MM / DD / YYYY

**Beckie M Samuel**
Signature of Debtor 2

Executed on **March 20, 2025**
MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ [signature]
Signature of Attorney for Debtor

Date **March 20, 2025**
MM / DD / YYYY


**Carlo Sabatini**
Printed name

**Sabatini Law Firm, LLC**
Firm name

**216 N Blakely St**
**Dunmore, PA 18512-1904**
Number, Street, City, State & ZIP Code

Contact phone **(570) 341-9000**    Email address **carlo@bankruptcypa.com**

**83831 PA**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1 **Charles R Samuel**
First Name Middle Name Last Name

Debtor 2 **Beckie M Samuel**
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number
(if known)

☐ Check if this is an amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

## Additional Sole Proprietorship(s)

**Beckie Samuel**
Name of business, if any

**1107 Rundle St, 2nd Fl**
**Scranton, PA 18504**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

---

**Beckie Samuel**
Name of business, if any

**1107 Rundle St, 2nd Fl**
**Scranton, PA 18504**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

---

Certificate Number: 20102-PAM-CC-039192776

20102-PAM-CC-039192776

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 29, 2024, at 7:23 o'clock PM EST, Charles Samuel received from 1stopbk.com Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 29, 2024

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 20102-PAM-CC-039192770

20102-PAM-CC-039192770

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 29, 2024, at 7:22 o'clock PM EST, Beckie Samuel received from 1stopbk.com Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 29, 2024

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles R Samuel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Beckie M Samuel** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **0.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **58,244.57** |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **58,244.57** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ **116,245.79** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **46,295.73** |
| **Your total liabilities** | $ **162,541.52** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ **5,565.22** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ **4,827.06** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.


Case 5:22-bk-00746-MJC Doc 1 Filed Entered Desc Main Document Page 11 of 64

Debtor 1 **Charles R Samuel**
Debtor 2 **Beckie M Samuel**

Case number *(if known)* ______

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. — $ **7,845.22**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **0.00** |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles R Samuel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Beckie M Samuel** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1

**121 Stafford Ave**
Street address, if available, or other description

**Scranton** **PA** **18505**
City State ZIP Code

**Lackawanna**
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$170,000.00** | **$0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**The deed to the property is in Debtors' names, but was transferred in to their names by Beckie's parents for estate planning purposes. See In re Stewart, 325 F. App'x 82 (3d Cir. 2009)(bankruptcy estate does not include real property for which debtor was record owner because debtor held property in resulting trust for benefit of his mother.)**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................................=>** **$0.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Charles R Samuel**
Debtor 2 **Beckie M Samuel**

Case number *(if known)* __________

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| | | | |
|---|---|---|---|
| 3.1 Make: **Honda**<br>Model: **CRV**<br>Year: **2025**<br>Approximate mileage: **950**<br>Other information:<br>**Carfax History Based Value Report** | **Who has an interest in the property?** Check one<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☒ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>**Current value of the entire property?**<br>**$33,310.00** | **Current value of the portion you own?**<br>**$33,310.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$33,310.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

**Household goods** — **$850.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

**Electronics** — **$500.00**

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe.....

**Collectibles** — **$300.00**

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe.....

**Sports and hobby equipment** — **$550.00**

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.....

| | |
|---|---|
| **Clothes** | **$375.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe.....

| | |
|---|---|
| **Jewelry** | **$3,050.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes. Describe.....

| | |
|---|---|
| **1 dog** | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................... **$5,625.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes..................................................................................................................

| | |
|---|---|
| **Cash as of 3/20/2025** | **$10.00** |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes....................... Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Savings** | **Penn East FCU x3720 balance as of 3/20/2025** | **$0.00** |
| 17.2. | **Other financial account** | **Cryptocurrency balance as of 3/20/2025** | **$46.86** |
| 17.3. | **Savings** | **Wells Fargo x0000 balance as of 3/20/2025** | **$24.00** |
| 17.4. | **Savings** | **Penn East FCU x5870 balance as of 3/20/2025** | **$275.37** |
| 17.5. | **Checking** | **Wells Fargo x3420 balance as of 3/20/2025** | **$364.37** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 17.6. | **Checking** | **Wells Fargo x0786 balance as of 3/20/2025** | **$1,602.12** |
| 17.7. | **Checking** | **Penn East FCU x3720 balance as of 3/20/2025** | **$159.82** |
| 17.8. | **Checking** | **Fidelity Bank balance as of 3/20/2025** | **$225.37** |
| 17.9. | **Savings** | **Wells Fargo x4530 balance as of 3/20/2025** | **$29.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☒ No
☐ Yes. Give specific information about them...................
Name of entity: % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Cognizant/Voya 401(k) balance as of 12/31/2024. This is not property of the estate. Patterson v. Shumate.** | **$12,025.85** |
| **Pension** | **PSERS Defined Contribution Plan balance as of 12/31/2024. This is not property of the estate. Patterson v. Shumate.** | **$3,038.81** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **2024 refund** | **Federal** | **$1,508.00** |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term life insurance through work** | **Charles Samuel** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................** **$19,309.57**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$33,310.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$5,625.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$19,309.57** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$58,244.57** | Copy personal property total | **$58,244.57** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$58,244.57** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Charles R Samuel (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | Beckie M Samuel (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **121 Stafford Ave, Scranton , PA 18505 Lackawanna County The deed to the property is in Debtors' names, but was transferred in to their names by Beckie's parents for estate planning purposes. See In re Stewart, 325 F. App'x 82 (3d Cir. 2009)(bankruptcy estate does not include real property for which debtor was record owner because debtor held property in resulting trust for benefit of his mother.)**<br>Line from *Schedule A/B*: **1.1** | **$0.00** | ☐ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **2025 Honda CRV 950 miles Carfax History Based Value Report**<br>Line from *Schedule A/B*: **3.1** | **$33,310.00** | ☐ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Household goods**<br>Line from *Schedule A/B*: **6.1** | **$850.00** | ☐ ______<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | **$500.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Collectibles**<br>Line from *Schedule A/B*: **8.1** | **$300.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Sports and hobby equipment**<br>Line from *Schedule A/B*: **9.1** | **$550.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Clothes**<br>Line from *Schedule A/B*: **11.1** | **$375.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(a)(1)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | **$3,050.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **1 dog**<br>Line from *Schedule A/B*: **13.1** | **$0.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Cash as of 3/20/2025**<br>Line from *Schedule A/B*: **16.1** | **$10.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Wells Fargo x3420 balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.5** | **$364.37** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Wells Fargo x0786 balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.6** | **$1,602.12** | ☒ **$276.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Penn East FCU x3720 balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.7** | **$159.82** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Fidelity Bank balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.8** | **$225.37** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Wells Fargo x4530 balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.9** | **$29.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Penn East FCU x3720 balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.1** | **$0.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Cryptocurrency balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.2** | **$46.86** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Wells Fargo x0000 balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.3** | **$24.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |
| **Penn East FCU x5870 balance as of 3/20/2025**<br>Line from *Schedule A/B*: **17.4** | **$275.37** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Cognizant/Voya 401(k) balance as of 12/31/2024. This is not property of the estate. Patterson v. Shumate.**<br>Line from *Schedule A/B*: **21.1** | **$12,025.85** | ☒ **$6,552.49**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **PSERS Defined Contribution Plan balance as of of 12/31/2024. This is not property of the estate. Patterson v. Shumate.**<br>Line from *Schedule A/B*: **21.2** | **$3,038.81** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8124(b)(1)(i), 24 Pa.C.S. § 8533** |
| **2024 refund**<br>Line from *Schedule A/B*: **28.1** | **$1,508.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B)** |
| **Term life insurance through work**<br>Line from *Schedule A/B*: **31.1** | **$0.00** | ☐ ____<br>☒ 100% of fair market value, up to any applicable statutory limit | **42 Pa.C.S. § 8123(a)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

- ☐ No
- ☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Charles R Samuel | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Beckie M Samuel | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 **City of Scranton** | $317.00 | $170,000.00 | $0.00 |

Creditor's Name

**340 N Washington Ave**
**Scranton, PA 18503-1546**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**121 Stafford Ave, Scranton , PA 18505 Lackawanna County The deed to the property is in Debtors' names, but was transferred in to their names by Beckie's parents for estate planning purposes. See In re Stewart, 325 F. App'x 82 (3d Cir. 2009)(bankruptcy estate does not include real property for which debtor was record owner because debtor held property in resulting trust for benefit of his mother.)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Lackawanna County CCP municipal lien for refuse fees.**

**Date debt was incurred** 12/30/2022 **Last 4 digits of account number** 2908



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Charles R Samuel** Case number (if known)

First Name Middle Name Last Name

Debtor 2 **Beckie M Samuel**

First Name Middle Name Last Name

| 2.2 City of Scranton | Describe the property that securesethe claim: | $917.65 | $170,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**121 Stafford Ave, Scranton , PA 18505 Lackawanna County The deed to the property is in Debtors' names, but was transferred in to their names by Beckie's parents for estate planning purposes. See In re Stewart, 325 F. App'x 82 (3d Cir. 2009)(bankruptcy estate does not include real property for which debtor was record owner because debtor held property in resulting trust for benefit of his mother.)**

**340 N Washington Ave**
**Scranton, PA 18503-1546**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Lackawanna County CCP municipal lien for refuse fees.**

**Date debt was incurred** **12/9/2024** **Last 4 digits of account number** **8524**

| 2.3 Fidelity Bank | Describe the property that secures the claim: | $55,422.38 | $170,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**121 Stafford Ave, Scranton , PA 18505 Lackawanna County The deed to the property is in Debtors' names, but was transferred in to their names by Beckie's parents for estate planning purposes. See In re Stewart, 325 F. App'x 82 (3d Cir. 2009)(bankruptcy estate does not include real property for which debtor was record owner because debtor held property in resulting trust for benefit of his mother.)**

**PO Box 997**
**Scranton, PA 18501**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **5/12/2022** **Last 4 digits of account number** **0051**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Charles R Samuel** — First Name / Middle Name / Last Name

Debtor 2 **Beckie M Samuel** — First Name / Middle Name / Last Name

Case number (if known)

| | | | | |
|---|---|---|---|---|
| 2.4 **Honda Financial** (Creditor's Name) | Describe the property that secures the claim: **2025 Honda CRV 950 miles Carfax History Based Value Report** | **$40,914.10** | **$33,310.00** | **$7,604.10** |

**1919 Torrance Blvd**
**Torrance, CA 90501**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 10/26/2024 **Last 4 digits of account number** 2442

---

| | | | | |
|---|---|---|---|---|
| 2.5 **Lackawanna County Tax Claim Bureau** (Creditor's Name) | Describe the property that secures the claim: **121 Stafford Ave, Scranton , PA 18505 Lackawanna County The deed to the property is in Debtors' names, but was transferred in to their names by Beckie's parents for estate planning purposes. See In re Stewart, 325 F. App'x 82 (3d Cir. 2009)(bankruptcy estate does not include real property for which debtor was record owner because debtor held property in resulting trust for benefit of his mother.)** | **$11,006.30** | **$170,000.00** | **$0.00** |

**123 Wyoming Ave**
**Suite 241**
**Scranton, PA 18503**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) **2023 -2024 Property Taxes**

**Date debt was incurred** 2023 - 2024 **Last 4 digits of account number**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Charles R Samuel** — Case number (if known)

First Name / Middle Name / Last Name

Debtor 2 **Beckie M Samuel**

First Name / Middle Name / Last Name

---

**2.6 Lackawanna County Tax Claim Bureau**

Creditor's Name

123 Wyoming Ave
Suite 241
Scranton, PA 18503

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** Unknown | $170,000.00 | $0.00

**121 Stafford Ave, Scranton , PA 18505
Lackawanna County The deed to the property is in Debtors' names, but was transferred in to their names by Beckie's parents for estate planning purposes. See In re Stewart, 325 F. App'x 82 (3d Cir. 2009)(bankruptcy estate does not include real property for which debtor was record owner because debtor held property in resulting trust for benefit of his mother.)**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset) **2025 Property Taxes**

**Date debt was incurred** 2025 — **Last 4 digits of account number**

---

**2.7 TMG Health 401(k) plan**

Creditor's Name

1205 O'Neill Hwy
Suite 2
Dunmore, PA 18512

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $5,473.36 | $12,025.85 | $0.00

**401(k):Cognizant/Voya 401(k) balance as of 12/31/2024. This is not property of the estate. Patterson v. Shumate.**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 2/2024 — **Last 4 digits of account number**

---



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Charles R Samuel** Case number (if known)

First Name Middle Name Last Name

Debtor 2 **Beckie M Samuel**

First Name Middle Name Last Name

| 2.8 | | | | |
|---|---|---|---|---|
| **Wells Fargo/Bob's Discount Furniture**<br>Creditor's Name<br><br>**PO Box 71118**<br>**Charlotte, NC 28272-1118**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**Household goods** | **$2,195.00** | **$850.00** | **$1,345.00** |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 9/9/2022 **Last 4 digits of account number** 8007

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$116,245.79** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$116,245.79** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
**Jason J Leininger Esq**
**Portnoff Law Associates Ltd**
**PO Box 391**
**Norristown, PA 19404**

On which line in Part 1 did you enter the creditor? **2.2**
Last 4 digits of account number

[ ] Name, Number, Street, City, State & Zip Code
**Kyle H Miller Esq**
**Portnoff Law Associates Ltd**
**PO Box 391**
**Norristown, PA 19404**

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number

[ ] Name, Number, Street, City, State & Zip Code
**Scranton City Treasury**
**340 N Washington Ave**
**Scranton, PA 18510**

On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number

[ ] Name, Number, Street, City, State & Zip Code
**Scranton Single Tax Office**
**315 Franklin Ave**
**Scranton, PA 18503**

On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles R Samuel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Beckie M Samuel** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **Achieve Personal Loans**
Nonpriority Creditor's Name
**1875 S Grant St**
**Suite 400**
**San Mateo, CA 94402-2676**
Number Street City State Zip Code

**Last 4 digits of account number** 7232 — **$13,131.23**

**When was the debt incurred?** 8/10/2021

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Loan**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 4.2 | **Comenity Bank/Carter's**<br>Nonpriority Creditor's Name<br>**PO Box 182120**<br>**Columbus, OH 43218-2120**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☒ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** **6865**<br>**When was the debt incurred?** **5/9/2023**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify **Credit Card** | **$745.87** |
| 4.3 | **Comenity/Ulta**<br>Nonpriority Creditor's Name<br>**PO Box 182120**<br>**Columbus, OH 43218-2120**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☒ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** **7241**<br>**When was the debt incurred?** **4/6/2024**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify **Credit Card** | **$198.62** |
| 4.4 | **Commentity/Torrid**<br>Nonpriority Creditor's Name<br>**PO Box 182789**<br>**Columbus, OH 43218-2789**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☒ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | **Last 4 digits of account number** **2740**<br>**When was the debt incurred?** **7/12/2016**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>☒ Other. Specify **Credit Card** | **$273.87** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.5** **Commercial Acceptance Company**
Nonpriority Creditor's Name
**4807 Jonestown Rd**
**Suite 247**
**Harrisburg, PA 17109-1744**
Number Street City State Zip Code

**Last 4 digits of account number**

**$909.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical**

---

**4.6** **Commonwealth Health**
Nonpriority Creditor's Name
**746 Jefferson Ave**
**Scranton, PA 18510**
Number Street City State Zip Code

**Last 4 digits of account number**

**$556.85**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical**

---

**4.7** **SYNCB/Care Credit**
Nonpriority Creditor's Name
**PO Box 71757**
**Philadelphia, PA 19176-1757**
Number Street City State Zip Code

**Last 4 digits of account number** **7749**

**$768.41**

**When was the debt incurred?** **7/9/2019**

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.8 **SYNCB/Care Credit**
Nonpriority Creditor's Name
**PO Box 71757**
**Philadelphia, PA 19176-1757**
Number Street City State Zip Code

**Last 4 digits of account number** **6949** — **$2,141.09**
**When was the debt incurred?** **5/6/2018**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---

4.9 **SYNCB/Sam's Club**
Nonpriority Creditor's Name
**PO Box 71727**
**Philadelphia, PA 19176-1727**
Number Street City State Zip Code

**Last 4 digits of account number** **1011** — **$2,870.14**
**When was the debt incurred?** **9/10/2023**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---

4.10 **The Home Depot/CBNA**
Nonpriority Creditor's Name
**5800 S Corporate Place**
**Sioux Falls, SD 57108-5027**
Number Street City State Zip Code

**Last 4 digits of account number** **4326** — **$2,844.88**
**When was the debt incurred?** **6/9/2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**4.11 The Scranton PA Endoscopy ASC**
Nonpriority Creditor's Name
**517 Ash St**
**Scranton, PA 18509**
Number Street City State Zip Code

**Last 4 digits of account number**
**$259.10**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical**

---

**4.12 Verizon Wireless**
Nonpriority Creditor's Name
**PO Box 650051**
**Dallas, TX 75265-0051**
Number Street City State Zip Code

**Last 4 digits of account number** **0001**
**$201.00**
**When was the debt incurred?** **2/9/2021**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Cell phone service**

---

**4.13 Wells Fargo Card Services**
Nonpriority Creditor's Name
**PO Box 393**
**Minneapolis, MN 55480-0393**
Number Street City State Zip Code

**Last 4 digits of account number** **1838**
**$4,646.67**
**When was the debt incurred?** **8/28/2019**

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4.14 **Wells Fargo Card Services**
Nonpriority Creditor's Name
**PO Box 393**
**Minneapolis, MN 55480-0393**
Number Street City State Zip Code

**Last 4 digits of account number** **2996** **$16,739.00**

**When was the debt incurred?** **9/5/2019**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Credit Card**

---

4.15 **Xfinity**
Nonpriority Creditor's Name
**PO Box 21129**
**Saint Paul, MN 55121-0129**
Number Street City State Zip Code

**Last 4 digits of account number** **2175** **$10.00**

**When was the debt incurred?** **3/2023**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Internet service contract**

---

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Firstsource Advantage, LLC**
**205 Bryant Woods South**
**Amherst, NY 14228**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michael H. Kaliner, Esq.**
**Orlans PC**
**200 Eagle Rd, Suite 120**
**Wayne, PA 19087**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Bank, NA**
**420 Montgomery St**
**San Francisco, CA 94104**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | **Total Claim** |
|---|---|---|---|
| **Total claims** | 6a. **Domestic support obligations** | 6a. | $ **0.00** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| **from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 46,295.73 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 46,295.73 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles R Samuel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Beckie M Samuel** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Xfinity**<br>**PO Box 21129**<br>**Saint Paul, MN 55121-0129** | **Internet service contract** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: **Charles R Samuel** (First Name / Middle Name / Last Name)

Debtor 2 (Spouse if, filing): **Beckie M Samuel** (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known): ______________

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |
| 3.2 | Name<br>Number Street<br>City State ZIP Code | ☐ Schedule D, line ____<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Charles R Samuel** |
| Debtor 2 (Spouse, if filing) | **Beckie M Samuel** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

__________
MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | **Maintenance** | **Processor** |
| **Employer's name** | **Scranton School District** | **TMG Health** |
| **Employer's address** | **425 N Washington Ave**<br>**Scranton, PA 18503** | **500 Frank W Burr Blvd**<br>**Teaneck, NJ 07666** |
| **How long employed there?** | **Since August 2023** | **Since March 2006** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **2,887.84** | $ **3,308.74** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **868.93** | +$ **351.42** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **3,756.77** | $ **3,660.16** |



Case 5:25-bk-00746-MJC Doc 1 Filed 03/03/25 Entered 03/03/25 16:38:22 Desc Main Document Page 36 of 64

| | |
|---|---|
| Debtor 1 | **Charles R Samuel** |
| Debtor 2 | **Beckie M Samuel** |

Case number (*if known*) ______

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **3,756.77** | $ **3,660.16** |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **626.83** | $ **872.25** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **309.92** | $ **183.02** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **162.50** | $ **43.98** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **70.42** | $ **0.00** |
| 5h. | **Other deductions.** Specify: **Voluntary repayment of retirement fund loan** | 5h.+ | $ **0.00** | + $ **136.74** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,169.67** | $ **1,235.99** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,587.10** | $ **2,424.17** |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **15.82** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: **1/12th of 2024 income tax refund of $1,500** | 8h.+ | $ **125.67** | + $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **125.67** | $ **15.82** |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ **2,712.77** + $ **2,439.99** = $ **5,152.76**

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: **D2's parents' payment of home equity loan** 11. +$ **412.46**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ **5,565.22**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: **2024 tax refund is expected to be lower than 2023 due to there being no adoption credit and incorrect amount of federal taxes taken out of D1's pay.**

# ¶8a Statement of Net Income from Operating a Business

## Debtor 2 – Limelife Skin Care Products

| | |
|---|---|
| Average monthly gross receipts: | $10.06 |
| Average ordinary and necessary business expenses: | $0.00 |
| | =========== |
| Average total monthly net income: | $10.06 |

## Debtor 2 – Bellame Skin Care Products

| | |
|---|---|
| Average monthly gross receipts: | $3.50 |
| Average ordinary and necessary business expenses: | $0.00 |
| | =========== |
| Average total monthly net income: | $3.50 |


Case 5:23-bk-02814-MJC Doc 1 Filed 03/03/25 Entered 03/03/25 16:23:58 Desc
Main Document Page 38 of 64

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Charles R Samuel** |
| Debtor 2 (Spouse, if filing) | **Beckie M Samuel** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
      ☒ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2. ☒ Yes. Fill out this information for each dependent.............
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **2** | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☐ No ☒ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **570.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **0.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | **208.21** |
| 6b. | Water, sewer, garbage collection | 6b. $ | **140.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **294.47** |
| 6d. | Other. Specify: | 6d. $ | **0.00** |

Debtor 1 **Charles R Samuel**
Debtor 2 **Beckie M Samuel**

Case number (if known)

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | **1,060.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **187.00** |
| 10. | **Personal care products and services** | 10. $ | **87.00** |
| 11. | **Medical and dental expenses** | 11. $ | **68.33** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **130.15** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **20.83** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **117.33** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **654.40** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: **Furniture** | 17c. $ | **91.22** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **Elderly parents' real estate taxes** | 19. $ | **421.82** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **412.46** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **Miscellaneous** | 21. +$ | **278.63** |
| | **Tax prep fees** | +$ | **41.67** |
| | **Pet food, supplies, veterinary expenses** | +$ | **43.54** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **4,827.06** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **4,827.06** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **5,565.22** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **4,827.06** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **738.16** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here: **Debtors have used the means test allowances to estimate some expenses.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles R Samuel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Beckie M Samuel** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number ____________
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ____________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X ____________
**Charles R Samuel**
Signature of Debtor 1

Date **March 20, 2025**

X ____________
**Beckie M Samuel**
Signature of Debtor 2

Date **March 20, 2025**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Charles R Samuel** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Beckie M Samuel** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$11,738.53** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$8,548.37** |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$20.84** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2024 )** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$39,599.91** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$40,727.72** |
| | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$310.81** |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$18,792.00** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$30,934.47** |
| | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$6,953.25** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$1,210.00** |
| | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$14,051.58** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Debtor 2's parents' payment of home equity loan** | **$1,237.38** | | |
| **For last calendar year: (January 1 to December 31, 2024 )** | **Debtor 2's parents' payment of home equity loan** | **$4,949.52** | | |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | **Debtor 2's parents' payment of home equity loan** | **$4,949.52** | | |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☒ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Honda Financial**<br>**1919 Torrance Blvd**<br>**Torrance, CA 90501** | **1/10/2025,**<br>**2/20/2025,**<br>**3/8/2025** | **$1,963.20** | **$40,914.10** | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Fidelity Bank**<br>**PO Box 997**<br>**Scranton, PA 18501** | **1/10/2025,**<br>**2/12/2025,**<br>**3/12/2025** | **$1,237.38** | **$55,422.38** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☒ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☒ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Sandra Newhart**<br>**1107 Rundle St**<br>**Scranton, PA 18504** | **Monthly** | **$6,840.00** | **$0.00** | **Rent** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wells Fargo Bank, N.A. v. Beckie M. Samuel<br>24-CV-6860** | **Collection** | **Lackawanna County Court of Common Pleas<br>200 N Washington Ave<br>Scranton, PA 18503-1551** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Sabatini Law Firm, LLC<br>216 N Blakely St<br>Dunmore, PA 18512-1904** | **Attorney's Fee of $500.00 and Filing Fee of $313.00** | **10/17/2024 - 12/9/2024** | **$813.00** |
| **1stopbk.com Inc.<br>PO Box 7262<br>Lakeland, FL 33807-7262** | **Credit counseling** | **12/29/2024** | **$14.95** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Honda Financial<br>1919 Torrance Blvd<br>Torrance, CA 90501** | **Security interest for loan on Schedule D.** | **2025 Honda CRV** | **10/26/2024** |
| **Cognizant/Voya<br>PO Box 990064<br>Hartford, CT 06199** | **Security interest for loan on Schedule D.** | **401(k) loan** | **2/2024** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 8:** **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ **No**
☒ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **PNC Bank**<br>**PO Box 8807**<br>**Dayton, OH 45401-8807** | **XXXX-** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Debtor 2 was listed as a power of attorney on her aunt's bank account. That designation was removed on 2/5/2025.** | **Unknown** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
☒ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Sandra Newhart**<br>**1107 Rundle St**<br>**Scranton, PA 18504** | **1107 Rundle St, 2nd Floor**<br>**Scranton, PA 18504** | **Debtor's rental unit** | **Unknown** |

**Part 10:** **Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

☒ ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
☒ ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
☒ ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☒ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Beckie Samuel**<br>**1107 Rundle St, 2nd Fl**<br>**Scranton, PA 18504** | **Skin care products (Limelife)** | **EIN:**<br><br>**From-To** **6/2020 - current** |
| **Beckie Samuel**<br>**1107 Rundle St, 2nd Fl**<br>**Scranton, PA 18504** | **Skin care products (Bellame)** | **EIN:**<br><br>**From-To** **10/2023 to current** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| **Charles R Samuel** | **Beckie M Samuel** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date** March 20, 2025 | **Date** March 20, 2025 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Charles R Samuel** |
| Debtor 2 (Spouse, if filing) | **Beckie M Samuel** |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number (if known) | |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☒ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married**. Fill out Column A, lines 2-11.
   - ☒ **Married.** Fill out both Columns A and B, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 3,756.77 | $ 3,660.17 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3**.** | $ 412.46 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | **Debtor 1** | **Debtor 2** | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 15.82 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 15.82 | **Copy here ->** | $ 0.00 | $ 15.82 |

6. **Net income from rental and other real property**

| | **Debtor 1** | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | **Copy here ->** | $ 0.00 | $ 0.00 |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Charles R Samuel**
Debtor 2 **Beckie M Samuel**

Case number (*if known*) ____________

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ....................................................................$ **0.00**

For your spouse.......................................................$ **0.00**

| | Column A | Column B |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ 0.00 |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |
| ____________ | $ 0.00 | $ 0.00 |
| ____________ | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. + | $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **4,169.23** + $ **3,675.99** = $ **7,845.22** Total average monthly income

**Part 2: Determine How to Measure Your Deductions from Income**

12. **Copy your total average monthly income from line 11.** ........................................ $ **7,845.22**

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☒ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

____________ $ ______

____________ $ ______

____________ +$ ______

Total........................................................................................ $ **0.00** Copy here=> - **0.00**

14. **Your current monthly income.** Subtract line 13 from line 12. $ **7,845.22**

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=> ........................................................................ $ **7,845.22**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Multiply line 15a by 12 (the number of months in a year). **x** 12

15b. The result is your current monthly income for the year for this part of the form. .......................................... $ **94,142.64**

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **PA**

16b. Fill in the number of people in your household. **3**

16c. Fill in the median family income for your state and size of household. .......................................................... $ **100,881.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☒ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3: Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

18. **Copy your total average monthly income from line 11 .** ...................................................................................... $ **7,845.22**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. **-**$ **0.00**

19b. **Subtract line 19a from line 18.** $ **7,845.22**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b.......................................................................................................................................... $ **7,845.22**

Multiply by 12 (the number of months in a year). **x** 12

20b. The result is your current monthly income for the year for this part of the form $ **94,142.64**

20c. Copy the median family income for your state and size of household from line 16c....................................... $ **100,881.00**

21. **How do the lines compare?**

☒ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

## Part 4: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **Charles R Samuel**
Signature of Debtor 1

Date **March 20, 2025**
MM / DD / YYYY

X **Beckie M Samuel**
Signature of Debtor 2

Date **March 20, 2025**
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as “incurred by an individual primarily for a personal, family, or household purpose.”

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7: Liquidation**

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

> **Warning: File Your Forms on Time**
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Charles R Samuel**
**Beckie M Samuel**
Debtor(s)

Case No. ______
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

☒ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **500.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **415.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
b. [Other provisions as needed]
**The above stated fee is a minimum fee. All work is performed at hourly rates. The current hourly rates are $415 -$310/hour for attorneys and $150/hour for paralegals. Rates may be changed at any time with written notice to client and generally are increased at the beginning of each calendar year.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**(a) adversary proceedings and (b) contested matters filed by Debtor seeking affirmative monetary relief.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 20, 2025**
*Date*

**Carlo Sabatini**
*Signature of Attorney*
**Sabatini Law Firm, LLC**
**216 N Blakely St**
**Dunmore, PA 18512-1904**
**(570) 341-9000 Fax:**
**carlo@bankruptcypa.com**
*Name of law firm*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

CHAPTER 13 BANKRUPTCY FEE AGREEMENT

1. SERVICES RETAINED FOR: Beckie and Charles Samuel (“Client”)

Client hires Sabatini Law Firm, LLC (“Law Firm”) to provide bankruptcy legal services and to represent Client with respect to all debts allegedly owed by Client. Law Firm will not provide any other non-bankruptcy services to Client. The fees in this agreement are in addition to any fees charged under any earlier agreement between Client and Law Firm. For example, if Law Firm has represented Client with respect to collection communications, then the fees to be charged under this new agreement are in addition to any other fees already charged.

While providing bankruptcy legal services, Law Firm might identify various claims that Client holds and will list those claims on the bankruptcy schedules; however Law Firm will not represent Client with respect to these claims without a separate written agreement. One example is claims arising from unlawful collection communications.

This Agreement presumes that Client has provided Law Firm with accurate information about Client’s financial situation and that Client’s financial situation does not change before the bankruptcy case is filed. If Client’s financial situation changes (including property ownership interests, income or expenses) then Client may no longer qualify for a Chapter 13, or the below minimum fees may increase.

**Client’s bankruptcy case will not be filed until Client has done all of the following: (1) received credit counseling, (2) signed the bankruptcy petition, (3) paid the court-filing fee, (4) paid the up-front minimum attorney fee and (5) paid any additional attorney’s fees incurred in excess of the minimum fee as of the date of filing. Until the bankruptcy case is filed, creditors may continue action against Client, such as property sales or repossessions. If before the bankruptcy case is filed Client fails to make any payment on time, this file may be closed.**

2. COSTS. Client must pay the bankruptcy court’s filing fee that is in effect at the time that the case is filed. As of December 1, 2021, the court-filing fee for a Chapter 13 is $313. Client must also pay any expenses incurred by Law Firm including but not limited to other filing fees, transcripts, depositions, postage, photocopies, and bank fees incurred from returned checks. All of these costs are paid to Law Firm. Client must also pay for credit counseling and debtor education. Credit counseling and debtor education fees are not paid to Law Firm and total about $30.00.

3. ATTORNEY FEES. All time spent on this matter will be billed at the firm’s regular hourly rates. The hourly rates are presently $415 - $350/hour for attorneys and $150/hour for paralegals. Rates may be changed at any time with written notice to Client, and are generally increased at the beginning of each calendar year. Travel time is charged at the full hourly rates.

Law Firm will not begin preparing your bankruptcy case for filing until the entire Pre-Filing Payment to Law Firm has been paid (see page 3 of this agreement). The time spent preparing the case for filing can be substantial. It is possible that the Pre-Filing Payment to Law Firm will not be sufficient to cover all time spent preparing the case for filing. If that occurs, then Law Firm may require client to pay all unpaid attorney’s fees before Law Firm files the bankruptcy case.

After the bankruptcy case is filed, Client will not pay Law Firm any more attorney’s fees directly.

Instead, those fees will be paid indirectly using money that Client's Chapter 13 Plan requires Client to pay to the Chapter 13 Trustee. Client understands that the Chapter 13 Plan that Law Firm will propose to the Bankruptcy Court might not seek approval of the lowest payment that could possibly be approved. Instead, the amount that the Plan requires Client to pay to the trustee may be more than the minimum amount required by the bankruptcy laws. These additional funds will be available to pay attorney's fees to Law Firm. If some of these funds are not used to pay attorney's fees, they will likely be paid to your other creditors. Additionally, even after the plan has been approved, the payment that you make to the Chapter 13 Trustee may be increased if necessary to cover additional fees.

4. NON-BASIC SERVICES PERFORMED ON A CONTINGENCY BASIS: For cases alleging violations of the automatic stay, discharge injunction, or seeking recovery of preferences or turnover: Law Firm shall receive 33 and 1/3% of the gross recovery, if such amount is greater than the amount Law Firm would earn on an hourly basis. Otherwise, Law Firm shall be paid at hourly rates.

5. ATTORNEY'S LIEN FOR FEES. Law Firm shall have a lien for all accrued compensation and costs on any funds that Client has deposited with Law Firm or that are held by a third person (such as a trustee).

6. DIVORCE OR SEPARATION: Client agrees to notify Law Firm immediately of any separation or divorce or other dispute between spouses. Such a dispute may create a conflict of interest that would cause Law Firm to seek to terminate this agreement.

7. CONVERSION FROM CHAPTER 13 TO CHAPTER 7: $1,000 plus court fee.

8. CASE DISMISSAL: If the bankruptcy case is dismissed, Law Firm shall have the right to recover all funds in the possession of the Chapter 13 trustee that would otherwise be refunded to Client, up to the total fees and costs then due for the bankruptcy case. Client will then pay directly to Law Firm any remaining amounts still owing for attorney's fees.

9. TERMINATION: Client may terminate this agreement at any time. Law Firm may also terminate the agreement at any time, except that if Law Firm wishes to terminate the agreement after the bankruptcy case is filed, then Law Firm must first obtain permission from the bankruptcy court. If the agreement is terminated before a bankruptcy is filed or before a bankruptcy discharge is entered, Law Firm will be entitled to paid at the hourly rates for time spent. Six months after we close your file, we may destroy it without further notice to you, unless you make arrangements with us before that date to take your file.

10. AUTHORIZATIONS: Client authorizes Law Firm to (a) disclose Client's Social Security Number to third parties for the purpose of obtaining investigative searches on Client, which searches may disclose information governed by the Gramm-Leach-Bliley Act, (b) reject settlement offers received from unsecured creditors without advising Client of the offer, (c) dispose of mail addressed to Client (e.g. catalogs, applications for new credit cards, etc.) without forwarding that mail to Client, and (d) communicate with Client by text message to Client's cell phone.

11. GUARANTORS: If Law Firm provides services to only one of the persons signing below, then Client authorizes Law Firm to communicate with both signers. Each signer agrees to be fully liable for all fees that become due under this agreement (even if services are provided to only one person).

12. DISCLOSURES: Before the case is filed, Client will have to complete an electronic questionnaire and a paper questionnaire. Client will also have to provide Law Firm with certain documents. Client agrees to

complete the questionnaires within two weeks of when Client receives them, and to also provide all requested documents at the same time. Client also acknowledges that Client may have to disclose the bankruptcy case to Client's ex-spouse or separated spouse.

13. PAYMENT: The Pre-filing Payment to Law Firm is calculated as follows:

Court filing fee of $313.00, plus Minimum Attorney Fee of $500.00 for a total of $813.00.

The first payment is $200.00. Client made this payment on October 17, 2024 by using Law Firm's online portal at https://secure.lawpay.com/pages/sabatinilaw/trust and by entering at that portal the account information for a payment by eCheck. **Client must not attempt to use any credit card or debit card to make any payment to Law Firm.** Client's eCheck information will be saved in Law Firm's portal. Client authorizes Law Firm to use that information to enter a schedule for the automatic initiation of each payment on the following schedule:

2 payments of $306.50 every ☐ week ☐ 2 weeks ☒ month, beginning: November 9, 2024,

Client may choose to pay ahead of this schedule using the online portal. However, Client must contact Law Firm before making any advance payment and confirm that Law Firm has modified the payment schedule to eliminate any duplicate payments. Without such a notice, the payments that are scheduled will be automatically withdrawn. There is a $10.00 fee for each check returned for insufficient funds.

Client 1

Client 2

# Signature Certificate

Reference number: 8FS9Z-PTMGY-MEJNG-VQZEW

| Signer | Timestamp | Signature |
|---|---|---|
| **Charles Samuel**<br>Email: csamuel45@gmail.com | |  |
| Sent: | 21 Oct 2024 14:54:27 UTC | |
| Viewed: | 21 Oct 2024 14:54:42 UTC | |
| Signed: | 21 Oct 2024 14:54:59 UTC | |
| **Recipient Verification:** | | IP address: 98.49.28.253 |
| ✔Email verified | 21 Oct 2024 14:54:42 UTC | Location: Scranton, United States |
| **Beckie Samuel**<br>Email: hzangleys55@yahoo.com | |  |
| Sent: | 21 Oct 2024 14:54:27 UTC | |
| Viewed: | 21 Oct 2024 14:54:48 UTC | |
| Signed: | 21 Oct 2024 14:55:12 UTC | |
| **Recipient Verification:** | | IP address: 98.49.28.253 |
| ✔Email verified | 21 Oct 2024 14:54:48 UTC | Location: Scranton, United States |

Document completed by all parties on:

21 Oct 2024 14:55:12 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Charles R Samuel**
**Beckie M Samuel**

Debtor(s)

Case No. ______

Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **March 20, 2025**

**Charles R Samuel**
Signature of Debtor

Date: **March 20, 2025**

**Beckie M Samuel**
Signature of Debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Achieve Personal Loans
1875 S Grant St
Suite 400
San Mateo, CA 94402-2676

City of Scranton
340 N Washington Ave
Scranton, PA 18503-1546

Comenity Bank/Carter's
PO Box 182120
Columbus, OH 43218-2120

Comenity/Ulta
PO Box 182120
Columbus, OH 43218-2120

Commenity/Torrid
PO Box 182789
Columbus, OH 43218-2789

Commercial Acceptance Company
4807 Jonestown Rd
Suite 247
Harrisburg, PA 17109-1744

Commonwealth Health
746 Jefferson Ave
Scranton, PA 18510

Fidelity Bank
PO Box 997
Scranton, PA 18501

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Honda Financial
1919 Torrance Blvd
Torrance, CA 90501

Jason J Leininger Esq
Portnoff Law Associates Ltd
PO Box 391
Norristown, PA 19404

Kyle H Miller Esq
Portnoff Law Associates Ltd
PO Box 391
Norristown, PA 19404

Lackawanna County Tax Claim Bureau
123 Wyoming Ave
Suite 241
Scranton, PA 18503

Michael H. Kaliner, Esq.
Orlans PC
200 Eagle Rd, Suite 120
Wayne, PA 19087

Scranton City Treasury
340 N Washington Ave
Scranton, PA 18510

Scranton Single Tax Office
315 Franklin Ave
Scranton, PA 18503

SYNCB/Care Credit
PO Box 71757
Philadelphia, PA 19176-1757

SYNCB/Sam's Club
PO Box 71727
Philadelphia, PA 19176-1727

The Home Depot/CBNA
5800 S Corporate Place
Sioux Falls, SD 57108-5027

The Scranton PA Endoscopy ASC
517 Ash St
Scranton, PA 18509

TMG Health 401(k) plan
1205 O'Neill Hwy
Suite 2
Dunmore, PA 18512

Verizon Wireless
PO Box 650051
Dallas, TX 75265-0051

Wells Fargo Bank, NA
420 Montgomery St
San Francisco, CA 94104

Wells Fargo Card Services
PO Box 393
Minneapolis, MN 55480-0393

Wells Fargo/Bob's Discount Furniture
PO Box 71118
Charlotte, NC 28272-1118

Xfinity
PO Box 21129
Saint Paul, MN 55121-0129

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Charles R Samuel<br>and<br>Beckie M Samuel | CHAPTER 13<br><br>CASE NO.<br><br>_X_ ORIGINAL PLAN<br>___ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)<br>_0_ Number of Motions to Avoid Liens<br>_0_ Number of Motions to Value Collateral |

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [ ] Included | [X] Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

**A. Plan Payments From Future Income**

1. To date, the Debtor paid __$0.00__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is __$26,573.76__ , plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 04/2025 | 03/2028 | $738.16 | $0.00 | $738.16 | $26,573.76 |
| | | | | Total Payments: | $26,573.76 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: _X_ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B. <u>Additional Plan Funding From Liquidation of Assets/Other</u>**

1. The Debtor estimates that the liquidation value of this estate is __$1,326.12__. (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

_X_ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

**2. SECURED CLAIMS.**

**A. <u>Pre-Confirmation Distributions.</u> Check one.**

_X_ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

**B. <u>Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor</u>.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

**C. <u>Arrears, including, but not limited to, claims secured by Debtor's principal residence</u>.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

_X_ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Fidelity Bank | 121 Stafford Ave, Scranton, PA | 0 | 0 | 0 |
| City of Scranton (2022 and 2024) | 121 Stafford Ave, Scranton, PA (Refuse Fees) | 1,686.24 | 0.00 | 1,686.24 |
| Lackawanna County Tax Claim Bureau | 121 Stafford Ave, Scranton, PA | 11,006.30 | 0.00 | 11,006.30 |

**D. <u>Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)</u>**

_X_ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

**E. <u>Secured claims for which a § 506 valuation is applicable.</u>** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

**F.** **Surrender of Collateral.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

_X_ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3. PRIORITY CLAIMS.**

**A.** **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

a. In addition to the retainer of ________________ already paid by the Debtor, the amount of ________________ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

b. $ 415.00 per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

_X_ None. If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.

**B.** **Priority Claims (including certain Domestic Support Obligations)**

Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |

**C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

_X_ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4. UNSECURED CLAIMS**

**A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

_X_ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after**

**payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** ***Check one of the following two lines.***

___ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

_X_ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Xfinity Internet | Internet Service Contract | | | | | Assume |

6. **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:* **See § 9.**

___plan confirmation.
___entry of discharge.
___closing of case.

7. **DISCHARGE: (Check one)**

( x ) The debtor will seek a discharge pursuant to § 1328(a).

( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
Level 3: Domestic Support Obligations
Level 4: Amounts listed in ¶ 2.E, pro rata
Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
Level 6: Amounts listed in ¶ 2.D, pro rata
Level 7: Amounts listed in ¶ 4.A, pro rata
Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
Level 9: General unsecured claims

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: March 20, 2025

Attorney for Debtor

Debtor

Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

## 9. OTHER PLAN PROVISIONS

A. **Vesting of Property.** Property of the estate vests in the debtor on confirmation, except for: (i) assets listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

B. **Treatment of Real Estate Taxes and Refuse Fees** The claims for real estate taxes and refuse fees that are listed in § 2.C shall be paid in the amounts stated on the creditor's or its agent's allowed proof of claim. Upon completion of the plan, these claims shall be considered paid in full. The Debtor may file these claims in the name of the entity that was the creditor on the date the petition was filed, or in the name of any subsequent assignee, transferee, or agent. The claim for real estate taxes shall also receive monthly interest on any pre-petition principal to be calculated by the trustee at the annual interest rate stated on the creditor's proof of claim, but the rate of interest shall not exceed 10% and no interest shall be paid on pre-petition interest, attorney's fees, or court costs.