# Exhibit H

# EXHIBIT H

## Calculation Schedules — Declaration of Carlo Sabatini

Source for Schedules 1, 2, 3, and 6: the itemized bill, Doc. 57-2. Source for Schedule 4: the Trustee's Objection, Doc. 58, ¶ 21. Source for Schedule 5: the itemized bill filed in *In re Samuel*, No. 5:25-bk-00746-HWV. Hours are as recorded on each bill. Figures may differ by $0.01 or 0.1 hour from sums of rounded components.

### Schedule 1 — Pre-petition time (Declaration ¶ 9 & note 1)

| Date | TK | Hours | Gross $ | Write-off $ | Net $ | Description (abbreviated) |
|---|---|---|---|---|---|---|
| 06/04/23 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Email to Kline regarding reinstatement figure. |
| 06/04/23 | CS | 0.6 | 249.00 | -166.00 | 83.00 | Meet with client for initial bankruptcy evaluati |
| 06/05/23 | ASW | 0.4 | 60.00 | 0.00 | 60.00 | Call with client. I explained the reserve accoun |
| 06/05/23 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Call to client. Her father was co-signer on the |
| 06/05/23 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Receive and review email from client with inform |
| 06/06/23 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Call to client. I asked that she completes the t |
| 06/07/23 | DV | 0.3 | 40.50 | 0.00 | 40.50 | Receive and review documentation needed to prepa |
| 06/08/23 | ASW | 1.1 | 165.00 | 0.00 | 165.00 | Work on Schedules I, J, MT, and Plan. |
| 06/09/23 | DV | 4.0 | 540.00 | 0.00 | 540.00 | Work on schedules. See attached itemization. |
| 06/09/23 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Review of Liabilities and PlanCalcs to find out |
| 06/09/23 | DV | 0.6 | 81.00 | 0.00 | 81.00 | Meet with clients to review unsecured debt. Send |
| 06/09/23 | DV | 0.2 | 27.00 | 0.00 | 27.00 | Call to client to discuss the salary she gets fr |
| 06/10/23 | DV | 0.4 | 54.00 | 0.00 | 54.00 | Receive and review documentation needed from cli |
| 06/10/23 | DV | 2.5 | 337.50 | 0.00 | 337.50 | Work on schedules. See attached itemization. Ver |
| 06/10/23 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Review specific expenses and what that means for |
| 06/10/23 | CS | 0.4 | 166.00 | 0.00 | 166.00 | Meet with clients to explain how their unsecured |
| 06/10/23 | DV | 0.1 | 13.50 | 0.00 | 13.50 | Receive and review documentation needed from cli |
| 06/10/23 | CS | 0.1 | 41.50 | -41.50 | 0.00 | Call to client regarding items needing action an |
| 06/10/23 | CS | 2.0 | 830.00 | -530.00 | 300.00 | Work on Plan, MT and schedules. |
| 06/10/23 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Meet with client to discuss possiblity that Mind |
| 06/10/23 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Meet with clients to discuss whether they want t |
| 06/11/23 | CS | 1.0 | 415.00 | -265.00 | 150.00 | Work on plan's provisions, calculation of wage g |
| 06/11/23 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Meeting with DV to answer questions regarding cl |
| 06/11/23 | CS | 1.2 | 498.00 | 0.00 | 498.00 | Meet with client to review petition, schedules a |
| 06/11/23 | DV | 0.1 | 13.50 | 0.00 | 13.50 | Call with client to go over her questions concer |
| 06/11/23 | DV | 0.1 | 13.50 | 0.00 | 13.50 | Call to client to go over her questions concerni |
| 06/11/23 | DV | 0.4 | 54.00 | 0.00 | 54.00 | Work on Due Diligence checklist, updated account |
| | | **14.0** | **3144.50** | **-737.50** | **2407.00** | **Subtotal through 6/10/23 (14.0 hours)** |
| | | **3.0** | **1077.00** | **-265.00** | **812.00** | **Subtotal, filing date 6/11/23 (3.0 hours)** |
| | | **17.0** | **4221.50** | **-1002.50** | **3219.00** | **Total through filing** |

## Schedule 2 — World's Foremost Bank / Capital One judgment workstream (Declaration ¶ 14 & note 2)

| Date | TK | Hours | Gross $ | Write-off $ | Net $ | Description (abbreviated) |
|---|---|---|---|---|---|---|
| 08/09/23 | ASW | 0.2 | 30.00 | 0.00 | 30.00 | Call to Jaffe and Asher to locate lien holder of |
| 09/25/23 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Review file regarding judgment owned by Capital |
| 10/27/23 | ASW | 0.9 | 135.00 | 0.00 | 135.00 | Prepare motion for 2004 exam of Cap one, order, |
| 11/22/23 | CS | 0.3 | 124.50 | 0.00 | 124.50 | Review Motion for 2004 Exam and additionally doc |
| 12/11/23 | ASW | 0.1 | 15.00 | 0.00 | 15.00 | Prep redline of affidavit. File amended certific |
| 12/13/23 | ASW | 0.1 | 15.00 | 0.00 | 15.00 | File Motion for 2004 Exam. |
| 01/03/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Review order granting motion for examination und |
| 01/08/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Review file regarding service of Motion for 2004 |
| 01/12/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Call from Karen at Jaffe & Asher's. She is going |
| 01/15/24 | ASW | 0.1 | 15.00 | -15.00 | 0.00 | Call to Karen at Jaffe and Asher's because we ha |
| 01/16/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Call to Karen at Jaffe and Asher. Call not going |
| 01/18/24 | ASW | 0.1 | 15.00 | -10.00 | 5.00 | Call with process servers for pricing on service |
| 01/23/24 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Review phone message from Tonya Green at Capital |
| 01/25/24 | CS | 0.2 | 83.00 | 0.00 | 83.00 | Follow up on Subpoena previously sent to Capital |
| 02/01/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Call with Debra at Capital One. She said that Ca |
| 02/06/24 | CS | 0.3 | 124.50 | 0.00 | 124.50 | Call to Margaret Matavich at Capital One. Explai |
| 02/16/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | Email to Capital One regarding progress concerni |
| 02/26/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | Email to Matavich regarding judgment. |
| 03/28/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | Email to Cap One asking after witness check. |
| | | **3.5** | **1055.00** | **-108.00** | **947.00** | **Total** |

## Schedule 3 — Santander motion and plan-modification workstream (Declaration ¶ 18 & notes 4–5)

Component key: (a) answer to the stay-relief motion and negotiations with Santander's counsel; (b) amended plans, motions to modify, and amendments to Schedules A/B and C; (c) communications with the Trustee's office concerning the Santander, NewRez, and IRS provisions; (d) client conference of 3/15/2024. Mortgage-servicing, Capital One, and claims-review entries in the same date range are excluded (they appear in ¶ 21, ¶ 14, and ¶ 10 respectively).

| Date | TK | Hours | Gross $ | Write-off $ | Net $ | Comp. | Description (abbreviated) |
|---|---|---|---|---|---|---|---|
| 03/15/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive, review, and respond to email from Craig |
| 03/15/24 | CS | 0.2 | 83.00 | 0.00 | 83.00 | (d) | Call with client. Discuss vehicle loan and payme |
| 03/15/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive, review, and respond to email from Craig |
| 03/19/24 | ASW | 0.5 | 75.00 | 0.00 | 75.00 | (b) | Draft amended plan and motion to modify confirme |
| 03/20/24 | CS | 0.9 | 373.50 | 0.00 | 373.50 | (b) | Review and modify plan calculations. Edit motion |
| 03/20/24 | CS | 0.2 | 83.00 | 0.00 | 83.00 | (a) | Call to Craig regarding modifying plan. Discuss |
| 03/25/24 | ASW | 0.1 | 15.00 | -10.00 | 5.00 | (a) | Receive and review Motion for Relief. Calendar o |
| 03/27/24 | ASW | 0.5 | 75.00 | 0.00 | 75.00 | (b) | Review file regarding amendments that need to be |
| 03/28/24 | ASW | 0.2 | 30.00 | 0.00 | 30.00 | (b) | Prepare amendments to schedules. |
| 03/28/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive, review, and respond to email from Strak |
| 04/01/24 | CS | 0.8 | 332.00 | 0.00 | 332.00 | (b) | Review amended plan. Instruct ASW on how to modi |
| 04/02/24 | ASW | 0.4 | 60.00 | 0.00 | 60.00 | (b) | Work on amended plan, and motion to modify plan. |
| 04/02/24 | ASW | 0.1 | 15.00 | 0.00 | 15.00 | (b) | Edit amendments to Schedules A/B and C. |
| 04/02/24 | ASW | 0.2 | 30.00 | 0.00 | 30.00 | (a) | Draft response to Motion for Relief. |
| 04/02/24 | CS | 0.4 | 166.00 | 0.00 | 166.00 | (b) | Review amendment to Schedules A/B and C. Modify |
| 04/02/24 | CS | 0.5 | 207.50 | 0.00 | 207.50 | (a) | Modify response to Motion for Relief. Modify pla |
| 04/02/24 | DV | 0.1 | 13.50 | 0.00 | 13.50 | (b) | File amendment to schedules. |
| 04/02/24 | ASW | 0.1 | 15.00 | 0.00 | 15.00 | (a) | File Answer to Santander's Motion for Relief and |
| 04/05/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (a) | Call to Craig. No answer, leave message. Email t |
| 04/05/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive and review email from Craig stating that |
| 04/08/24 | ASW | 0.1 | 15.00 | -15.00 | 0.00 | (b) | Review modified plan to evaluate for any actions |
| 04/08/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive, review, and respond to email from Craig |
| 04/09/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Email to Craig asking him to send the proposed s |
| 04/09/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (a) | Receive, review, and respond to email from Craig |
| 04/09/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive and review email from Craig attaching st |
| 04/10/24 | CS | 0.2 | 83.00 | 0.00 | 83.00 | (a) | Call to Bill Craig. LVM. Email to Craig explaini |
| 04/10/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Revise plan per stipulation with Santander. |
| 04/10/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (a) | Receive, review, and respond to email from Craig |
| 04/10/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive, review, and respond to email from Craig |
| 04/10/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (a) | Receive, review, and respond to email from Craig |
| 04/10/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (a) | Receive and review request to remove matter from |
| 04/18/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (c) | Receive and review email from McHale regarding a |
| 04/21/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (c) | Email to McHale and Craig regarding plan payment |
| 04/23/24 | CS | 0.2 | 83.00 | 0.00 | 83.00 | (a) | Review file regarding plan. Email to Craig. |
| 04/23/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive and review email from Craig approving la |
| 04/23/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (b) | Review and modify second amended plan and motion |
| 04/23/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (c) | Email to McHale regarding plan amendment. |
| 04/24/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (c) | Receive, review, and respond to email from McHal |
| 04/24/24 | ASW | 0.1 | 15.00 | 0.00 | 15.00 | (b) | File motion to modify amended plan. |
| 04/26/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (c) | Receive and review email from McHale regarding a |
| 04/26/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (c) | Receive and review second email from McHale rega |
| 04/26/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (c) | Call with McHale regarding Santander and NewRez. |
| 04/26/24 | CS | 0.1 | 41.50 | -41.50 | 0.00 | (c) | Receive and review email from McHale to Craig as |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/08/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Email to Craig regarding amount to be paid by tr |
| 06/12/24 | CS | 0.1 | 41.50 | 0.00 | 41.50 | (a) | Receive, review, and respond to email from Craig |
| | | | | | **1004.50** | **(a)** | **Component (a) subtotal — note 5** |
| | | | | | **1196.50** | **(b)** | **Component (b) subtotal** |
| | | | | | **207.50** | **(c)** | **Component (c) subtotal** |
| | | | | | **83.00** | **(d)** | **Component (d) subtotal** |
| | | | | | **2491.50** | | **Total — note 4 (Court's figure: $2,401.00)** |

## Schedule 4 — Entries identified in the Trustee's Objection (Declaration ¶ 26 & note 7)

Amounts are as stated in the Objection (Doc. 58, ¶ 21). Entries marked "dup." in category D are the same entries listed in category A and are excluded from the de-duplicated total.

| Cat. | Date | TK | Hours | Amount $ | Description (abbreviated) |
|---|---|---|---|---|---|
| A | 06/07/23 | DV | 0.3 | 40.50 | Receive/review documentation for schedules |
| A | 06/08/23 | ASW | 1.1 | 165.00 | Work on schedules I, J, MT, and Plan |
| A | 06/09/23 | DV | 4.0 | 540.00 | Work on schedules. See attached itemization. |
| A | 06/10/23 | DV | 0.4 | 54.00 | Receive/review documentation for schedules |
| A | 06/10/23 | DV | 2.5 | 337.50 | Work on schedules. See attached itemization. |
| A | 06/10/23 | CS | 0.2 | 83.00 | Review specific expenses / budget |
| A | 06/10/23 | CS | 0.4 | 166.00 | Meet with clients re unsecured debt total |
| A | 06/10/23 | DV | 0.1 | 13.50 | Receive/review documentation for schedules |
| A | 06/10/23 | CS | 2.0 | 300.00 | Work on Plan, MT and schedules (*discounted) |
| A | 06/11/23 | CS | 0.2 | 83.00 | Meeting with DV re schedules |
| A | 06/11/23 | CS | 1.2 | 498.00 | Meet with client re petition/schedules/plan |
| A | 06/11/23 | DV | 0.4 | 54.00 | Due Diligence checklist, 122-C, etc. |
| A | 07/20/23 | ASW | 0.1 | 5.00 | Tax return tracking (*discounted) |
| A | 07/25/23 | ASW | 0.1 | 5.00 | Tax return tracing (*discounted) |
| A | 07/25/23 | CS | 0.1 | 41.50 | Tracking info re federal returns; email |
| B | 03/19/24 | ASW | 0.5 | 75.00 | Draft amended plan and motion to modify |
| B | 03/20/24 | CS | 0.9 | 373.50 | Review/modify plan calcs; edit motion |
| B | 03/20/24 | CS | 0.2 | 83.00 | Call to Craig re modifying plan |
| B | 04/02/24 | ASW | 0.4 | 60.00 | Work on amended plan and motion |
| B | 04/10/24 | CS | 0.1 | 41.50 | Revise plan per stipulation with Santander |
| B | 04/23/24 | CS | 0.1 | 41.50 | Review/modify second amended plan |
| B | 04/23/24 | CS | 0.1 | 41.50 | Email to McHale re plan amendment |
| B | 04/24/24 | CS | 0.1 | 41.50 | Email from McHale approving provision |
| C | 10/27/23 | ASW | 0.9 | 135.00 | Prepare motion for 2004 exam of Cap One |
| C | 11/22/23 | CS | 0.3 | 124.50 | Review 2004 motion; instructions |
| C | 12/11/23 | ASW | 0.1 | 15.00 | Prep redline of affidavit; file amended COS |
| C | 12/13/23 | ASW | 0.1 | 15.00 | File Motion for 2004 Exam |
| C | 01/03/24 | CS | 0.1 | 41.50 | Review order granting 2004 exam |
| D | 06/09/23 | DV | 4.0 | 540.00 | Work on schedules (dup. of A) |
| D | 06/10/23 | DV | 2.5 | 337.00 | Work on schedules (dup. of A; A states $337.50) |
| D | 06/11/23 | DV | 0.4 | 54.00 | Due Diligence checklist (dup. of A) |
| D | 07/14/23 | ASW | 0.8 | 120.00 | Proof of claim analysis |
| D | 09/01/23 | CS | 0.1 | 41.50 | Review of claims |
| E | 07/12/23 | ASW | 0.1 | 15.00 | Change of address / file / letter to Paypal |
| E | 09/12/23 | ASW | 0.1 | 15.00 | File Request for Payment |
| E | 04/02/24 | DV | 0.1 | 13.50 | File amendment to schedules |
| E | 04/02/24 | ASW | 0.1 | 15.00 | File Answer to MFR and Motion to Modify |
| E | 04/24/24 | ASW | 0.1 | 15.00 | File motion to modify amended plan |
| F | 09/11/23 | CS | 0.1 | 41.50 | Email to LVNV re withdrawing claim 5 |
| F | 09/11/23 | CS | 0.1 | 41.50 | Email to Cavalry re withdrawing claim 2 |
| | | | | **2,386.00** | **Category A subtotal** |
| | | | | **757.50** | **Category B subtotal** |
| | | | | **331.00** | **Category C subtotal** |
| | | | | **1,092.50** | **Category D subtotal (as stated)** |
| | | | | **73.50** | **Category E subtotal** |
| | | | | **83.00** | **Category F subtotal** |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **4,723.50** | **Sum of all categories** |
| | | | | **(931.00)** | **Less duplicated D entries ($540.00 + $337.00 + $54.00)** |
| | | | | **3,792.50** | **De-duplicated total** |

## Schedule 5 — *In re* Samuel: Tiffany Bator time entries (Declaration ¶ 31 & notes 8–9)

| Date | Hours | Gross $ | Write-off $ | Net $ | Description (abbreviated) | Category |
|---|---|---|---|---|---|---|
| 12/16/24 | 0.3 | 40.50 | -25.50 | 15.00 | Receive and review documentation needed from cli | other preparation/filing |
| 12/19/24 | 0.2 | 27.00 | -17.00 | 10.00 | Receive and review documentation from client need | other preparation/filing |
| 12/31/24 | 0.1 | 13.50 | -8.50 | 5.00 | Receive and review documentation from client neee | other preparation/filing |
| 01/17/25 | 2.6 | 351.00 | -351.00 | 0.00 | Prepare schedules. See attached itemization. | schedule itemization (initial) |
| 01/18/25 | 0.8 | 108.00 | -108.00 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 01/20/25 | 6.7 | 904.50 | -904.50 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 01/22/25 | 2.2 | 297.00 | -297.00 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 01/23/25 | 4.0 | 540.00 | 0.00 | 540.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 01/24/25 | 0.7 | 94.50 | -94.50 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/03/25 | 0.2 | 27.00 | -17.00 | 10.00 | Receive and review documentation needed from cli | other preparation/filing |
| 02/11/25 | 1.0 | 135.00 | -135.00 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/12/25 | 0.9 | 121.50 | -121.50 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/13/25 | 2.2 | 297.00 | 0.00 | 297.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/20/25 | 0.5 | 67.50 | 0.00 | 67.50 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/24/25 | 1.2 | 162.00 | -162.00 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/25/25 | 1.3 | 175.50 | 0.00 | 175.50 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/26/25 | 1.7 | 229.50 | 0.00 | 229.50 | Continue preparing schedules. See attached itemi | schedule itemization |
| 02/28/25 | 1.4 | 189.00 | 0.00 | 189.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/03/25 | 3.0 | 405.00 | -405.00 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/06/25 | 0.1 | 13.50 | -8.50 | 5.00 | Receive and review documents needed to prepare sc | other preparation/filing |
| 03/08/25 | 3.7 | 499.50 | 0.00 | 499.50 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/10/25 | 1.3 | 175.50 | 0.00 | 175.50 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/11/25 | 0.9 | 121.50 | -121.50 | 0.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/12/25 | 4.6 | 621.00 | 0.00 | 621.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/13/25 | 1.2 | 162.00 | 0.00 | 162.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/18/25 | 0.6 | 81.00 | 0.00 | 81.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/19/25 | 1.4 | 189.00 | 0.00 | 189.00 | Continue preparing schedules. See attached itemi | schedule itemization |
| 03/19/25 | 1.5 | 202.50 | 0.00 | 202.50 | Conference with CS and clients to review petition, | other preparation/filing |
| 03/20/25 | 2.0 | 270.00 | 0.00 | 270.00 | Update schedules and prepare final draft before | other preparation/filing |
| 03/20/25 | 1.2 | 162.00 | 0.00 | 162.00 | Finalize schedules and plan for signing and filing. | other preparation/filing |
| 03/20/25 | 0.8 | 108.00 | 0.00 | 108.00 | File case with the court and complete post-filin | other preparation/filing |
| 03/31/25 | 0.3 | 40.50 | 0.00 | 40.50 | Review post-bankruptcy collection attempts from | post-filing |
| 04/03/25 | 0.9 | 121.50 | -94.50 | 27.00 | Prepare amendment to Schedule C. | post-filing |
| 04/04/25 | 0.1 | 13.50 | 0.00 | 13.50 | File amended Schedule C with the court. | post-filing |
| 04/23/25 | 0.1 | 13.50 | 0.00 | 13.50 | File Chapter 13 Debtor's Pre-Confirmation Certif | post-filing |
| 04/28/25 | 0.1 | 13.50 | 0.00 | 13.50 | File Chapter 13 Request for Payment with the cou | post-filing |
| | **41.3** | **5575.50** | **-2349.00** | **3226.50** | **Subtotal — schedule itemization** | |
| | **2.6** | **351.00** | **-351.00** | **0.00** | **Subtotal — schedule itemization (initial)** | |
| | **6.4** | **864.00** | **-76.50** | **787.50** | **Subtotal — other preparation/filing** | |
| | **1.5** | **202.50** | **-94.50** | **108.00** | **Subtotal — post-filing** | |
| | **51.8** | **6,993.00** | **-2,871.00** | **4,122.00** | **Total (matches the Doc. 39 rate summary)** | |

Rate-summary reconciliation: the rate summary states a discount for Ms. Bator of "21.27  -2,871.00." The number of hours discounted was calculated by dividing the dollar discount of $2,871.00 by the $135.00 rate ($2,871.00 ÷ $135.00 = 21.2667, rounded to 21.27). That is why the number of discounted hours is expressed in hundredths of an hour even though no individual entry is.

## Schedule 6 — Net-hour equivalents and blended rates (Declaration ¶¶ 22–25)

"Net hours" converts each timekeeper's net time (after write-offs) into hour-equivalents at that timekeeper's rate (net dollars ÷ rate). The bill (Doc. 57-2) is chronological; the through-confirmation period comprises all entries dated on or before September 21, 2023 (the confirmation date), ending with the entry "Receive and review Order confirming Ch 13 plan filed on docket."

| Full application | Recorded hrs | Gross $ | Net $ | Rate $ | Net hrs |
|---|---|---|---|---|---|
| Carlo Sabatini | 21.6 | 8,964.00 | 6,687.75 | 415.00 | 16.1 |
| Ashley Werner | 11.8 | 1,770.00 | 1,380.00 | 150.00 | 9.2 |
| Dafne Vazquez | 9.2 | 1,242.00 | 1,233.50 | 135.00 | 9.1 |
| **Total** | **42.6** | **11,976.00** | **9,301.25** | — | **34.4** |

| Through confirmation (≤ 9/21/23) | Recorded hrs | Net $ | Net hrs | | |
|---|---|---|---|---|---|
| Carlo Sabatini | 11.2 | 3,171.75 | 7.6 | | |
| Ashley Werner | 7.6 | 800.00 | 5.3 | | |
| Dafne Vazquez | 9.0 | 1,215.00 | 9.0 | | |
| **Total** | **27.8** | **5,186.75** | **21.9** | | |
| **Post-confirmation total** | **14.8** | **4,114.50** | **12.5** | | |

Blended rates (net dollars ÷ net hours):

full application $9,301.25 ÷ 34.4 = approximately $270;

through confirmation $5,186.75 ÷ 21.9 = approximately $237.

The corresponding *In re Sciacca* figure is $3,523.50 ÷ 17.7 = approximately $199 (that bill reflects no write-offs, so its recorded and net hours are the same). (The *Sciacca* bill is at Ex. B to this Declaration.)