# Exhibit I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE:<br>KEVIN L BALL<br>MINDY SUE BALL<br>**Debtor(s)**<br><br>SANTANDER CONSUMER USA INC.<br>**Movant**<br><br>v.<br><br>KEVIN L BALL<br>MINDY SUE BALL<br>GEORGE W MAIN<br>**Respondent(s)**<br><br>JACK N. ZAHAROPOULOS<br>**Trustee** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 5:23-01281 (MJC)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362<br><br>11 U.S.C. 1301 |

**STIPULATION IN LIEU OF TRIAL IN SETTLEMENT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay And Co-Debtor Stay by William E. Craig, Esquire, attorney for Santander Consumer USA Inc. ("Santander") and the Debtors having opposed such Motion through their counsel, Carlo Sabatini, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

1. That Santander is the holder of a first purchase money security interest in a 2016 BMW 3 Series bearing vehicle identification number WBA8E3C53GK500999.

2. That the Debtors are to pay Santander's claim for the vehicle through their Chapter 13 Plan. Santander is to be paid the net loan balance of $11,382.70 plus interest at the contractual rate of 10.14% over the remaining fifty (50) months of the Plan, in equal payments of $280.07 per month.

3. That commencing April 2024, if the Debtors fail to make any payment to the Chapter 13 Trustee within thirty (30) days after it falls due, Santander may send, via electronic and regular mail, the Debtors and counsel written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all

interested parties, and the Court shall enter an Order granting relief from the automatic stay and co-debtor stay.

4. That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Santander must be listed as loss payee. If the Debtors fail to maintain valid insurance, Santander may send, via electronic and regular mail, the Debtors and counsel a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay and co-debtor stay.

5. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

________________________
Carlo Sabatini, Esquire
Attorney for the Debtors

________________________
William E. Craig, Esquire
Attorney for Santander Consumer USA Inc.

______________________
Agatha McHale
For Jack N. Zaharopoulos
Chapter 13 Trustee