**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Kevin and Mindy Ball,<br><br>Debtors | Chapter 13<br><br>Case No. 5:23-bk-01281-MJC |

# DEBTORS' MOTION TO MODIFY PLAN AFTER CONFIRMATION

1. Debtors' last post-confirmation modification of the plan was ordered on June 3, 2024.

2. Since that time, Debtors have been making direct payments to NewRez LLC d/b/a Shellpoint Mortgage Servicing for a loan that is secured by Debtors' residence.

3. Debtors have fallen behind on that direct payment.

4. The proposed amended plan would cure the resulting post-petition arrears.

5. The proposed amended plan would also have the trustee begin sending conduit payments to the mortgage company beginning with the mortgage payment due on November 1, 2026. This adjustment will substantially reduce the risk of nonpayment to that creditor.

6. Debtor Mindy Ball also has a wage garnishment that causes the required chapter 13 payment to be withheld by her employer.

7. Thus, as long as Debtor Mindy Ball earns sufficient income at her job, her employer will send to the trustee the amount that is required to pay the regular payment to the trustee and also the conduit mortgage payment.

8. The proposed modified plan would also vest in the debtors the right to pursue post-petition claims that have been disclosed with amendments to Schedule A/B. The claims would vest as of the date of the order approving the modified plan.

9. Debtor now proposes the modified plan attached hereto as Exhibit A. The modified plan would:

a. increase the total monthly payment from $2,000.00 to $4,000.00;

b. require the trustee to make monthly conduit payments to NewRez LLC d/b/a Shellpoint Mortgage Servicing;

c. require the trustee to cure the additional post-petition arrears owed to NewRez, LLC; and

d. provide that certain property disclosed on the amended Schedule A/B filed on October 12, 2026 vest in the debtors upon the entry of an order granting the Motion to Modify Confirmed Plan.

10. The modified plan is a 100% plan that would end when all allowed unsecured claims have been paid.

WHEREFORE, Debtors respectfully request that this Honorable Court allow Debtors to modify their plan to the form attached hereto.

s/ Carlo Sabatini

Carlo Sabatini, Attorney for Debtors
Bar Number 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com