**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Kevin and Mindy Ball,<br><br>Debtors | Chapter 13<br><br>Case No. 5:23-bk-01281-MJC<br><br>Debtors' Motion to Modify Plan After Confirmation |

**ORDER**

Upon consideration of *Debtors' Motion to Modify Plan after Confirmation* filed on October 14, 2026 ("the Motion"), and it appearing that all parties have been properly served and there has been no objection to the Motion, it is hereby ORDERED that the Motion is granted. The Third Amended Plan attached to the Motion as Exhibit A is adopted as Debtors' Plan.

BY THE COURT,