**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Kevin and Mindy Ball,<br><br>Debtors | Chapter 13<br><br>Case No. 5:23-bk-01281-MJC |

# CERTIFICATE OF SERVICE

| Title of Paper Served: | • **Notice of Motion to Modify Chapter 13 Plan After Confirmation**<br>• **Motion to Modify Chapter 13 Plan After Confirmation**<br>• **Third Amended Plan** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: October 14, 2026

s/ Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Facsimile: (570) 504-2769

| |
|---|
| Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 |
| Austin Schuler<br>121 Bronson Rd<br>Sweet Valley, PA  18656-2606 |
| CAINE & WEINER COMPANY INC<br>12005 Ford Rd Ste 300<br>Dallas, TX  75234-7262 |
| VELOCITY PORTFOLIO GROUP  INC<br>1800 RT 34 NORTH<br>BLDG 3 SUITE 305<br>WALL NJ 07719-9146 |
| CREDIT FIRST NA/ FIRESTONE<br>6275 Eastland Rd<br>Brook Park, OH 44142-1399 |
| Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 |
| Capital One Bank<br>PO Box 31293<br>Salt Lake City, UT  84131-0293 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Cavalry Portfolio Services<br>1 American Ln Ste 220<br>Greenwich, CT  06831-2563 |
| Celtic Bank Indigo<br>PO Box 4499<br>Beaverton, OR  97076-4499 |
| Citibank NA<br>PO Box 6241<br>Sioux Falls, SD  57117-6241 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Comenity Bank<br>PO Box 182789<br>Columbus, OH  43218-2789 |
| Comenity Capital Bank |

| |
|---|
| PO Box 182120<br>Columbus, OH  43218-2120 |
| Convergent Outsourcing<br>800 SW 39th St<br>Renton, WA 98057-4927 |
| Credence Resource Management<br>17000 Dallas Pkwy Ste 204<br>Dallas, TX  75248-1940 |
| Credit Collection Services<br>725 Canton St<br>Norwood, MA  02062-2679 |
| CREDIT CONTROL  LLC<br>ATTN CORRESPONDENCE<br>3300 RIDER TRAIL S., SUITE 500<br>EARTH CITY MO 63045-1338 |
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV  89193-8875 |
| Delaware Department of Transportation<br>800 S Bay Rd<br>Dover, DE 19901-4677 |
| Digestive Care Associates<br>PO Box 5334<br>Carol Stream, IL  60197-5334 |
| Directv LLC<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3502 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 |
| Dynamic Recovery Solutions, LLC<br>135 Interstate Blvd<br>Greenville, SC  29615-5720 |
| ERC<br>PO Box 23870<br>Jacksonville, FL  32241-3870 |
| Fingerhut Advantage<br>6250 Ridgewood Rd<br>Saint Cloud, MN  56303-0820 |
| Gateway Surgery Center<br>PO Box 5330<br>Carol Stream, IL  60197-5330 |

| |
|---|
| Geico Insurance<br>GEICO Remittance Center<br>1 Geico Plz<br>Bethesda, MD  20810-0001 |
| Geisinger<br>100 N Academy Ave<br>Danville, PA  17822-9800 |
| Genesis FS Card Services<br>PO Box 4499<br>Beaverton, OR  97076-4499 |
| Hayt, Hayt & Landau, LLC<br>2 Industrial Way W<br>Eatontown, NJ 07724-2279 |
| Health Partners Retirement Plan 401(k)<br>901 Market St Ste 500<br>Philadelphia, PA  19107-3144 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Katapult Group Inc<br>5204 Tennyson Pkwy Ste 500<br>Plano, TX  75024-7142 |
| LVNV Funding LLC<br>55 Beattie Pl<br>Greenville, SC  29601-2165 |
| Law Offices of Hayt, Hayt & Landau, LLC<br>2 Industrial Way W<br>Eatontown, NJ 07724-2279 |
| Liberty Mutual In. Co.<br>175 Berkeley St<br>Boston, MA 02116-3350 |
| Linebarger Goggan Blair & Sampson, LLP<br>4 Penn Ctr Ste 910<br>Philadelphia, PA 19103-2818 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368 |

| |
|---|
| Greenville, SC 29603-0368 |
| Merrick Bank Corp<br>PO Box 9201<br>Old Bethpage, NY  11804-9001 |
| Midland Credit Management<br>350 Camino de la Reina Ste 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Midland Funding, LLC<br>320 E Big Beaver Rd<br>Troy, MI  48083-1238 |
| Mngh LLC DBA Uown Leasing<br>10500 University Center Dr Ste 140<br>Tampa, FL  33612-6415 |
| NPRTO/North-East, LLC<br>256 W Data Dr<br>Draper, UT  84020-2315 |
| National Bond and Collection Associates<br>210 Division St<br>Kingston, PA  18704-2715 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 |
| Newrez LLC dba Shellpoint Mortgage<br>55 Beattie Pl Ste 110<br>Greenville, SC  29601-5115 |
| One Main Financial<br>100 International Dr Fl 15<br>Baltimore, MD  21202-4784 |
| P&G Mehoopany EFCU<br>PO Box 210<br>Tunkhannock, PA  18657-0210 |
| PENN CREDIT CORPORATION |

| |
|---|
| PO BOX 69703<br>HARRISBURG PA 17106-9703 |
| Santander Consumer USA Inc.<br>c/o Stewart, Zlimen & Jungers, Ltd.<br>2860 Patton Road<br>Roseville, MN 55113-1100 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 |
| Pennsylvania Turnpike Comminission<br>300 E Park Dr<br>Harrisburg, PA 17111-2729 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Professional Account Management, LLC<br>PO Box 1153<br>Milwaukee, WI 53201-1153 |
| PROFESSIONAL ACCOUNT SERVICES INC<br>PO BOX 188<br>BRENTWOOD TN 37024-0188 |
| Progressive Insurance<br>PO Box 31260<br>Tampa, FL 33631-3260 |
| QVC Inc<br>1200 Wilson Dr<br>West Chester, PA 19380-4262 |
| Quantum3 Group LLC as agent for<br>Katapult Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Robertson, Anschutz, Schneid, Crane & P.<br>113 Gaither Dr Ste F<br>Mount Laurel, NJ 08054-1705 |
| SANTANDER CONSUMER USA<br>P. O. Box 560284<br>Dallas, TX 75356-0284 |
| Acceptance Now<br>5501 Headquarters Dr |

| |
|---|
| Plano, TX  75024-5837 |
| Santander Consumer USA<br>PO Box 961211<br>Fort Worth, TX  76161-0211 |
| Scott and Associates<br>PO Box 115220<br>Carrollton, TX  75011-5220 |
| Security Credit Services<br>306 Enterprise Dr<br>Oxford, MS  38655-2762 |
| SEQUIUM ASSET SOLUTIONS  LLC<br>1130 NORTHCHASE PKWY<br>SUITE 150<br>MARIETTA GA 30067-6429 |
| SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL., STE 640<br>MINNEAPOLIS MN 55402-2050 |
| Spring Oaks Capital SPV, LLC<br>P. O. Box 1216<br>Chesapeake, VA 23327-1216 |
| SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |
| Sprint Corp.<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Sprint/TMobile<br>PO Box 629023<br>El Dorado Hills, CA  95762-9023 |
| Synchrony Bank<br>PO Box 965060<br>Orlando, FL  32896-5060 |
| American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 |
| Synchrony Bank/Amazon<br>PO Box 965064<br>Orlando, FL  32896-5064 |
| Tempoe LLC<br>7755 Montgomery Rd Ste 400 |

| |
|---|
| Cincinnati, OH  45236-4197 |
| United Collection Bureau, Inc.<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH  43614-1501 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Verizon Wireless<br>PO Box 489<br>Newark, NJ  07101-0489 |
| WebBank<br>215 S State St Ste 1000<br>Salt Lake City, UT  84111-2336 |
| Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA  50306-3517 |
| Wilkes-Barre General Hospital c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 |
| World's Foremost Bank<br>1 Cabelas Dr.<br>Sidney, NE  69162-3028 |
| Asset Recovery Solutions, LLC<br>2200 E Devon Ave Ste 200<br>Des Plaines, IL  60018-4501 |
| Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 |