**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Kevin L. Ball,** | : | **Case No. 5:23-bk-01281-MJC** |
| **Mindy Sue Ball,** | : | |
| | : | |
| **Debtors.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER APPROVING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on October 14, 2026, Doc. 74 ("Motion"), and the Debtors having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtors' Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.

By the Court,



Mark J. Conway, Bankruptcy Judge
Dated: November 16, 2026